UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| HERBERT FRANCL, Derivatively on Behalf of RAMBUS, INC., | : |
| Plaintiff, | : |
| v. | : CASE NO. 07-CIV-7650 (GBD) |
| PRICEWATERHOUSECOOPERS LLP, | : NOTICE OF APPEARANCE |
| Defendant, | : |
| -and- | : |
| RAMBUS, Inc., a Delaware Corporation, | : |
| Nominal Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Defendant PricewaterhouseCoopers LLP in the above-captioned proceeding.

DATED: New York, New York
       September 18, 2007       DAVIS POLK & WARDWELL

                              By:   /s/ James H.R. Windels

                                   James H.R. Windels (JW 9726)
                                   450 Lexington Avenue
                                   New York, New York 10017

                                   Attorney for Defendant
                                   PricewaterhouseCoopers LLP