UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
HERBERT FRANCL, Derivatively on       :
Behalf of RAMBUS INC.,                :
                                      :
        Plaintiff,                   :
                                      :
   v.                                 :
                                      :  CASE NO. 07-CIV-7650 (GBD)
PRICEWATERHOUSECOOPERS LLP,           :
                                      :  NOTICE OF MOTION TO
        Defendant,                   :  TRANSFER THE ACTION
                                      :
   -and-                              :
                                      :
RAMBUS INC., a Delaware Corporation,  :
                                      :
        Nominal Defendant.           :
                                      :
----------------------------------- x

      PLEASE TAKE NOTICE that upon the annexed declarations of Daniel Zwarn, dated September 25, 2007, and Brooke Grossman, dated September 25, 2007, with exhibits attached thereto, upon the complaint in the above-entitled action, and upon all other papers and proceedings heretofore had herein, defendant PricewaterhouseCoopers LLP ("PwC") will move this Court, Honorable George B. Daniels, U.S.D.J., for an order pursuant to 28 U.S.C. § 1404(a) transferring this action the U.S. District Court for the Northern District of California, and for such other and further relief as may be just and proper. The grounds for this motion are set forth in the Memorandum of Law of PricewaterhouseCoopers LLP in Support of Its Motion to Transfer the Action, dated September 25, 2007.

PLEASE TAKE FURTHER NOTICE that, pursuant to the agreement of the parties, papers in opposition to this motion must be served on or before October 16, 2007, and reply papers in support of this motion must be served on or before October 23, 2007.

DATED: September 25, 2007

DAVIS POLK & WARDWELL

By: *[signature]*
James H.R. Windels (JW 9726)
M. Elizabeth Parr (MP 1979)
Brooke Grossman (BG 4749)
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Defendant
PricewaterhouseCoopers LLP

To: Brian Murray, Esq.
Murray, Frank & Sailer LLP
275 Madison Ave., 8th Floor
New York, NY 10016

John G. Emerson, Jr., Esq.
Emerson Poynter LLP
The Museum Center
500 President Clinton Ave., Ste 305
Little Rock, AR 72201

Counsel for Plaintiff

Ignacio Salceda, Esq.
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304

Gideon A. Schor, Esq.
Wilson Sonsini Goodrich & Rosati, P.C.
40th Floor
New York, NY 10019-6022
(212) 999-5800

Counsel for Nominal Defendant Rambus Inc.