ADRMOP, CONSOL, E-Filing

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:06-cv-03513-JF

| | |
|---|---|
| In re RAMBUS INC. DERIVATIVE LITIGATION | Date Filed: 05/31/2006 |
| Assigned to: Hon. Jeremy Fogel | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Howard R. Lloyd | Nature of Suit: 850 Securities/Commodities |
| Relate Case Cases: 5:06-cv-04153-JF | Jurisdiction: Federal Question |
| 5:06-cv-04732-JF | |
| 5:06-cv-04715-JF | |
| 5:06-cv-04346-JF | |
| 5:06-cv-04629-JF | |
| 5:06-cv-03921-JF | |
| 5:06-cv-04427-JF | |
| 5:06-cv-04546-JF | |

Cause: 28:1331 Fed. Question: Securities Violation

**Plaintiff**

| | | |
|---|---|---|
| **Howard Chu**<br>*Derivatively on Behalf of Norinal Defendant Rambus Inc.* | represented by | **Robert S. Green**<br>Green Welling LLP<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>415-477-6700<br>Fax: 415-477-6710<br>Email: RSG@CLASSCOUNSEL.COM<br><br>*TERMINATED: 08/28/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Travis E. Downs, III**<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>619-231-1058<br>Fax: 619-231-7423<br>Email: travisd@csgrr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eric L. Zagar**<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road |

Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: ezagar@sbtklaw.com
*ATTORNEY TO BE NOTICED*

**Sean M. Handler, Esq.**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
610/667-7706
Fax: 610/667-7056
Email: ecf_filings@sbtklaw.com
*ATTORNEY TO BE NOTICED*

**Todd Mosser**
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
*TERMINATED: 08/10/2006*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gaetano Ruggieri**     represented by  **Benny Copeline Goodman, III**
Coughlin Stoia Geller Rudman & Robbins LLP
600 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: bennyg@csgrr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis E. Downs, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rufat Ragimov**     represented by  **Frank James Johnson**
Johnson Bottini LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
619-230-0063
Fax: 619-230-5535
Email: frankj@johnsonbottini.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Harold Hughes**  represented by  **Ignacio Evaristo Salceda**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-565-5100
Email: isalceda@wsgr.com
*ATTORNEY TO BE NOTICED*

**Randolph Gaw**
Palo Alto, CA 94304
(650) 493-9300
Fax: (650) 493-6811
*TERMINATED: 03/23/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Geoff Tate**  represented by  **David Siegel**
Irell & Manella LLP
1800 Avenue of the Stars Ste 900
Los Angeles, CA 90067
310-277-1010
Email: dsiegel@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garland Aycuff Kelley**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-203-7968
Email: GKelley@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Charles Hueston**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310-277-1010
Fax: 310-203-7199
Email: jhueston@irell.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin N. Gelfand**
Irell & Manella LLP
1800 Avenue of the Stars
Ste 900
Los Angeles, CA 90067-4276
(310) 277-1010 x7616
Email: mgelfand@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Louis Karpman**
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-203-7029
Fax: 310-203-7199
Email: akarpman@irell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John D. Danforth**   represented by **Darryl Paul Rains**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
650-813-5600
Fax: 650-494-0792
Email: drains@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Laura Zeller**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Email: szeller@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laura S. Stark**

**Defendant**

**Robert K. Eulau**

**Defendant**

**David Mooring**   represented by **Donald P. Gagliardi**

Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
408-291-6200
Fax: 408-297-6000
Email: dgagliardi@be-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Bergeson**
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
408-291-6200
Fax: 408-297-6000
Email: dbergeson@be-law.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Dianne Lear**
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712
408-291-6200
Fax: 408-297-6000
Email: elear@be-law.com
*ATTORNEY TO BE NOTICED*

**Melinda Mae Morton**
Bergeson, LLP
303 Almaden Blvd
Suite 500
San Jose, CA 95110
408-291-6203
Fax: (408) 297-6000
Email: mmorton@be-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary Harmon** represented by **Jennifer Lauren Klem**
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304
650-813-5113
Fax: 650-813-5100
Email: jklem@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Jacobs**
McDermott Will & Emery LLP

        3150 Porter Drive
Palo Alto, CA 94304
650.813.5011
Fax: 650.813.5100
Email: mjacobs@mwe.com
*ATTORNEY TO BE NOTICED*

**Peter J. Drobac**
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 813-5000
Fax: (650) 813-5100
Email: pdrobac@mwe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ed Larsen** represented by **Maria Ellinikos**
Akin Gump Strauss Hauer & Feld LLP
580 California Street
Suite 1500
San Francisco, CA 94104
415-765-9560
Fax: 415-765-9501
Email: mellinikos@akingump.com
*ATTORNEY TO BE NOTICED*

**Robert B. Humphreys**
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
310/229-1000
Fax: 310-229-1001
Email: rhumphreys@akingump.com
*ATTORNEY TO BE NOTICED*

**Steve Shea Kaufhold**
Akin Gump Strauss Hauer & Feld LLP
580 California Street
15th Floor
San Francisco, CA 94104
415-765-9500
Fax: 415-765-9501
Email: skaufhold@akingump.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Subodh Toprani**

**Defendant**

**William Davidow**          represented by   **Jeffrey S. Facter**
Shearman & Sterling LLP
525 Market Street
Suite 1500
San Francisco, CA 94105
415-616-1100
Fax: 415-616-1199
Email: jfacter@shearman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin S. Chang**
Shearman & Sterling LLP
525 Market Street
Suite 1500
San Francisco, CA 94105-2723
415-616-1100
Fax: 415-616-1199
Email: jchang@shearman.com
*ATTORNEY TO BE NOTICED*

**Patrick David Robbins**
Shearman & Sterling LLP
525 Market Street
San Francisco, CA 94105
415-616-1100
Fax: 415-616-1199
Email: probbins@shearman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Dunlevie**          represented by   **Jeffrey S. Facter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin S. Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick David Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Kennedy**          represented by   **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randolph Gaw**
(See above for address)
*TERMINATED: 03/23/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rambus Inc.**　　　　　　　represented by　**Erin Jane Holland**
650 Page Mill Road
Palo Alto, CA 93403
(650) 849-3436
Email: eholland@wsgr.com
*ATTORNEY TO BE NOTICED*

**Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randolph Gaw**
(See above for address)
*TERMINATED: 03/23/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J. Thomas Bentley**　　　　　represented by　**Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randolph Gaw**
(See above for address)
*TERMINATED: 03/23/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sunlin Chou**　　　　　　　represented by　**Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randolph Gaw**
(See above for address)
*TERMINATED: 03/23/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**P. Michael Farmwald**　　　　represented by　**Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randolph Gaw**
(See above for address)
*TERMINATED: 03/23/2007*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Geschke**  represented by  **Jeffrey S. Facter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin S. Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick David Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Horowitz**  represented by  **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randolph Gaw**
(See above for address)
*TERMINATED: 03/23/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abraham Sofaer**  represented by  **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randolph Gaw**
(See above for address)
*TERMINATED: 03/23/2007*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Michael A. Bernstein**  represented by  **Patrice L. Bishop**
Stull, Stull & Brody
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
310/209-2468
Email: service@ssbla.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Ronald L. Schwarcz**  represented by  **Patrice L. Bishop**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2007 | 101 | JOINT CASE MANAGEMENT STATEMENT filed by Kevin Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Abraham Sofaer, Rambus Inc., Harold Hughes. (Attachments: # 1 Exhibit A (1 of 2)# 2 Exhibit A (2 of 2))(Salceda, Ignacio) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/23/2007 | 100 | NOTICE of Appearance by Jennifer Lauren Klem (Klem, Jennifer) (Filed on 8/23/2007) (Entered: 08/23/2007) |
| 07/11/2007 | 99 | CLERK'S NOTICE Case Management Conference rescheduled for 9/7/2007 10:30 AM. (jfsec, COURT STAFF) (Filed on 7/11/2007) Additional attachment(s) added on 7/11/2007 (jfsec, COURT STAFF). Additional attachment(s) added on 7/11/2007 (jfsec, COURT STAFF). (Entered: 07/11/2007) |
| 06/26/2007 | 98 | ORDER GRANTING STIPULATED REQUEST REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS re (153 in 5:06-cv-04346-JF) Stipulation, filed by P. Michael Farmwald, Harold Hughes, Rambus, Inc., Mark Horowitz, Kevin Kennedy (jfsec, COURT STAFF) (Filed on 6/26/2007) (Entered: 06/26/2007) |
| 06/11/2007 | 97 | CLERK'S NOTICE Case Management Conferences set for 8/3/2007 10:30 AM. (jfsec, COURT STAFF) (Filed on 6/11/2007) (Entered: 06/11/2007) |
| 06/08/2007 | 96 | TRANSCRIPT of Proceedings held on 6/1/2007 before Judge Jeremy Fogel. Court Reporter: Jana Ridenour. (dhm, COURT STAFF) (Filed on 6/8/2007) (Entered: 06/09/2007) |
| 06/01/2007 | 95 | Minute Entry: Further Case Management Conference held on 6/1/2007 before Judge Jeremy Fogel (Date Filed: 6/1/2007). Further Case Management Conference set for 8/3/2007 10:30 AM. (Court Reporter Jana Ridenour.) (dlm, COURT STAFF) (Date Filed: 6/1/2007) (Entered: 06/04/2007) |
| 05/31/2007 | 94 | NOTICE of Appearance by Steven S. Kaufhold, Robert Humphrey and Maria Ellinikos (Ellinikos, Maria) (Filed on 5/31/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 05/31/2007) |
| 05/29/2007 | 93 | Defendant Geoff Tate's Certification of Interested Entities or Persons Pursuant to Civ. L.R. 3-16 (Siegel, David) (Filed on 5/29/2007) Text modified on 5/30/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 05/29/2007) |
| 05/29/2007 | 92 | NOTICE of Appearance by David Siegel , *Martin N. Gelfand, John C. Hueston, Garland A. Kelley, and Alexander L. Karpman as counsel for Defendant Geoff Tate* (Siegel, David) (Filed on 5/29/2007) (Entered: 05/29/2007) |
| 05/25/2007 | 91 | CLERK'S NOTICE Case Management Conference rescheduled for |

| | | |
|---|---|---|
| | | 6/1/2007 10:30 AM. Motion to Stay is vacated. (jfsec, COURT STAFF) (Filed on 5/25/2007) Additional attachment(s) added on 5/25/2007 (jfsec, COURT STAFF). (Entered: 05/25/2007) |
| 05/23/2007 | 90 | Certificate of Interested Entities *Defendant David Mooring's Certification of Interested Entities or Persons* (Gagliardi, Donald) (Filed on 5/23/2007) (Entered: 05/23/2007) |
| 05/23/2007 | 89 | NOTICE of Appearance by Donald P. Gagliardi *as Counsel for Defendant David Mooring* (Gagliardi, Donald) (Filed on 5/23/2007) (Entered: 05/23/2007) |
| 05/18/2007 | 88 | Certificate of Interested Entities *Defendant Gary Harmon's Certification of Interested Entities or Persons Pursuant to Civ. L.R. 3-16* (Drobac, Peter) (Filed on 5/18/2007) (Entered: 05/18/2007) |
| 05/18/2007 | 87 | NOTICE of Appearance by Peter J. Drobac (Drobac, Peter) (Filed on 5/18/2007) (Entered: 05/18/2007) |
| 05/17/2007 | 86 | JOINT CASE MANAGEMENT STATEMENT filed by Kevin Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Abraham Sofaer, Rambus Inc., Harold Hughes. (Attachments: # 1 Certificate of Service)(Salceda, Ignacio) (Filed on 5/17/2007) (Entered: 05/17/2007) |
| 04/17/2007 | 85 | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARINGS re 84 Stipulation, filed by P. Michael Farmwald,, Mark Horowitz,, Kevin Kennedy,, Harold Hughes,, Rambus Inc.,, J. Thomas Bentley,, Sunlin Chou,, Abraham Sofaer, Motion to Stay and Further Case Management Conference reset for 6/1/2007 10:30 AM.. Signed by Judge Jeremy Fogel on 4/17/07. (jfsec, COURT STAFF) (Filed on 4/17/2007) (Entered: 04/17/2007) |
| 04/16/2007 | 84 | STIPULATION *AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO STAY AND CASE MANAGEMENT CONFERENCE* by Kevin Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Abraham Sofaer, Rambus Inc., Harold Hughes. (Attachments: # 1 Certificate of Service)(Salceda, Ignacio) (Filed on 4/16/2007) (Entered: 04/16/2007) |
| 04/12/2007 | 83 | Certificate of Interested Entities *or Persons Pursuant to Civ. L.R. 3-16 on behalf of John Danforth* (Zeller, Stephanie) (Filed on 4/12/2007) (Entered: 04/12/2007) |
| 04/04/2007 | 82 | STIPULATION AND ORDER re 80 Resetting Case Management Conference. Case Management Conference set for 4/27/2007 10:30 AM.. Signed by Judge Jeremy Fogel on 4/3/07. (dlm, COURT STAFF) (Filed on 4/4/2007) (Entered: 04/04/2007) |
| 04/02/2007 | 81 | CLERK'S NOTICE re: Failure to E-File documents [78] and [79] and/or Failure to Register as an E-Filer (cv, COURT STAFF) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 80 | STIPULATION *AND [PROPOSED] ORDER RESETTING CASE* |

| | | |
|---|---|---|
| | | *MANAGEMENT CONFERENCE* by Kevin Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Abraham Sofaer, Rambus Inc., Harold Hughes. (Salceda, Ignacio) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 79 | Declaration of Martin N. Gelfand in Support of [78] Joinder in defendants Rambus Inc's motion to dismiss plaintiff's consolidated amended class action complaint filed byGeoff Tate. (Related document(s) [78]) (cv, COURT STAFF) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 78 | Joinder in defendants Rambus Inc's motion to dismiss plaintiff's consolidated amended class action complaint by Geoff Tate. (cv, COURT STAFF) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 03/23/2007 | 77 | NOTICE of Change In Counsel by Ignacio E. Salceda (Salceda, Ignacio) (Filed on 3/23/2007) (Entered: 03/23/2007) |
| 03/14/2007 | 76 | NOTICE of Appearance by Darryl P. Rains (Rains, Darryl) (Filed on 3/14/2007) (Entered: 03/14/2007) |
| 03/13/2007 | 75 | ORDER by Judge Jeremy Fogel granting [74] Motion for Attorney Tara Kao for Admission Pro Hac Vice (gm, COURT STAFF) (Filed on 3/13/2007) (Entered: 03/14/2007) |
| 03/09/2007 | | Received Order re [74] MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 5461100603.) by Rufat Ragimov, Howard Chu, Gaetano Ruggieri. (gm, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/13/2007) |
| 03/09/2007 | 74 | MOTION for Attorney Tara Kao for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 5461100603.) filed by Rufat Ragimov, Howard Chu, Gaetano Ruggieri. (gm, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/13/2007) |
| 03/08/2007 | 73 | STIPULATION AND ORDER RESETTING HEARING ON MOTION TO STAY PROCEEDINGS PENDING THE INVESTIGATION OF THE SPECIAL LITIGATION COMMITTEE re 72 Stipulation, filed by P. Michael Farmwald,, Mark Horowitz,, Kevin Kennedy,, Harold Hughes,, Rambus Inc.,, J. Thomas Bentley,, Sunlin Chou,, Abraham Sofaer,. Signed by Judge Jeremy Fogel on 3/8/07. (jfsec, COURT STAFF) (Filed on 3/8/2007) (Entered: 03/08/2007) |
| 03/06/2007 | 72 | STIPULATION *AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO STAY PROCEEDINGS PENDING THE INVESTIGATION OF THE SPECIAL LITIGATION COMMITTEE* by Kevin Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Abraham Sofaer, Rambus Inc., Harold Hughes. (Salceda, Ignacio) (Filed on 3/6/2007) (Entered: 03/06/2007) |
| 02/16/2007 | 71 | Joinder re 68 Reply Memorandum *Joinder of Individual Defendants William Davidow, Bruce Dunlevie and Charles Geschke in Rambus Inc.'s Reply in Support of Its Motion to Stay Proceedings Pending the Special Litigation Committee's Investigation* by William Davidow, Bruce |

| | | |
|---|---|---|
| | | Dunlevie, Charles Geschke. (Chang, Justin) (Filed on 2/16/2007) (Entered: 02/16/2007) |
| 02/16/2007 | 70 | Declaration of Betty Chang Rowe in Support of 68 Reply Memorandum, 69 Request for Judicial Notice, *in Support of Rambus Inc.'s Reply in Support of Its Motion to Stay Proceedings Pending the Special Litigation Committee's Investigation* filed byRambus Inc.. (Attachments: # 1 Exhibit A)(Related document(s)68, 69) (Salceda, Ignacio) (Filed on 2/16/2007) (Entered: 02/16/2007) |
| 02/16/2007 | 69 | Request for Judicial Notice re 68 Reply Memorandum *in Support of Its Motion to Stay Proceedings Pending the Special Litigation Committee's Investigation* filed byRambus Inc.. (Related document(s)68) (Salceda, Ignacio) (Filed on 2/16/2007) (Entered: 02/16/2007) |
| 02/16/2007 | 68 | Reply Memorandum re 59 MOTION to Stay *Proceedings Pending the Special Litigation Committee's Investigation* filed byRambus Inc.. (Salceda, Ignacio) (Filed on 2/16/2007) (Entered: 02/16/2007) |
| 01/26/2007 | 67 | Memorandum in Opposition re 59 MOTION to Stay *Proceedings Pending the Special Litigation Committee's Investigation* filed byHoward Chu, Gaetano Ruggieri. (Downs, Travis) (Filed on 1/26/2007) (Entered: 01/26/2007) |
| 01/17/2007 | 66 | ORDER GRANTING STIPULATED REQUEST RE BRIEFING AND HEARING DATE ON MOTION TO STAY re 65 Stipulation, filed by P. Michael Farmwald,, Mark Horowitz,, Kevin Kennedy,, Harold Hughes,, Rambus Inc.,, J. Thomas Bentley,, Sunlin Chou,, Abraham Sofaer, Motion Hearing set for 3/9/2007 09:00 AM.. Signed by Judge Jeremy Fogel on 1/17/07. (jfsec, COURT STAFF) (Filed on 1/17/2007) (Entered: 01/17/2007) |
| 01/12/2007 | 65 | STIPULATION *and [Proposed] Order Re Briefing and Hearing Motion to Stay Proceedings Pending the Investigation of the Special Litigation Committee* by Kevin Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Abraham Sofaer, Rambus Inc., Harold Hughes. (Salceda, Ignacio) (Filed on 1/12/2007) (Entered: 01/12/2007) |
| 12/18/2006 | 64 | Joinder to 59 Motion to Stay proceddings filed by Geoff Tate. (gm, COURT STAFF) (Filed on 12/18/2006) Modified on 12/20/2006 (gm, COURT STAFF). (Entered: 12/20/2006) |
| 12/18/2006 | 63 | Joinder re 59 MOTION to Stay *Proceedings Pending the Special Litigation Committee's Investigation* by Kevin Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Abraham Sofaer, Harold Hughes. (Salceda, Ignacio) (Filed on 12/18/2006) (Entered: 12/18/2006) |
| 12/18/2006 | 62 | Joinder *Notice of Joinder and Joinder of Individual Defendants William Davidow, Bruce Dunlevie and Charles Geschke to Rambus Inc's Motion to Stay Proceedings Pending the Special Committee's Investigation* by William Davidow, Bruce Dunlevie, Charles Geschke. (Chang, Justin) |

| | | |
|---|---|---|
| | | (Filed on 12/18/2006) (Entered: 12/18/2006) |
| 12/15/2006 | 61 | Minute Entry: Initial Case Management Conference held on 12/15/2006 before Judge Jeremy Fogel (Date Filed: 12/15/2006). Further Case Management Conference set for 4/6/2007 10:30 AM. (Court Reporter Peter Torreano.) (dlm, COURT STAFF) (Date Filed: 12/15/2006) (Entered: 12/18/2006) |
| 12/15/2006 | 60 | Declaration of Abraham D. Sofaer in Support of 59 MOTION to Stay *Proceedings Pending the Special Litigation Committee's Investigation* filed byRambus Inc.. (Attachments: # 1 Exhibit A through E)(Related document(s)59) (Salceda, Ignacio) (Filed on 12/15/2006) (Entered: 12/15/2006) |
| 12/15/2006 | 59 | MOTION to Stay *Proceedings Pending the Special Litigation Committee's Investigation* filed by Rambus Inc.. Motion Hearing set for 2/23/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Attachments: # 1 Proposed Order)(Salceda, Ignacio) (Filed on 12/15/2006) (Entered: 12/15/2006) |
| 12/08/2006 | 58 | JOINT CASE MANAGEMENT STATEMENT filed by Gaetano Ruggieri. (Goodman, Benny) (Filed on 12/8/2006) (Entered: 12/08/2006) |
| 11/21/2006 | 57 | NOTICE of Appearance by Jeffrey S. Facter , *Patrick D. Robbins, and Justin S. Chang* (Facter, Jeffrey) (Filed on 11/21/2006) (Entered: 11/21/2006) |
| 11/13/2006 | 56 | ORDER RELATING CASE re 47. Signed by Judge Jeremy Fogel on 11/13/06. (dlm, COURT STAFF) (Filed on 11/13/2006) (Entered: 11/16/2006) |
| 11/03/2006 | 55 | AMENDED COMPLAINT - *Consolidated* against all defendants. Filed byHoward Chu. (Zagar, Eric) (Filed on 11/3/2006) (Entered: 11/03/2006) |
| 10/27/2006 | 54 | ORDER by Judge Jeremy Fogel granting [53] Application for Admission of Attorney SANDRA G. SMITH for Pro Hac Vice (bw, COURT STAFF) (Filed on 10/27/2006) (Entered: 10/31/2006) |
| 10/24/2006 | | Received Proposed Order re [53] MOTION for leave to appear in Pro Hac Vice. (srm, COURT STAFF) (Filed on 10/24/2006) (Entered: 10/26/2006) |
| 10/24/2006 | 53 | MOTION for leave to appear in Pro Hac Vice filed by Sandra G. Smith. Filing Fee Paid. Receipt Number 5515635 for $210.00. (srm, COURT STAFF) (Filed on 10/24/2006) (Entered: 10/26/2006) |
| 10/24/2006 | 52 | ORDER GRANTING 51 REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE Initial Case Management Conference set for 12/15/2006 10:30 AM.. Signed by Judge Jeremy Fogel on 10/24/06. (jfsec, COURT STAFF) (Filed on 10/24/2006) Additional attachment(s) added on 10/25/2006 (jfsec, COURT STAFF). Modified on 10/31/2006 (sp, COURT STAFF). (Entered: 10/24/2006) |
| 10/20/2006 | 51 | Proposed Order *Stipulation and [Proposed] Order Re Case Management* |

| | | |
|---|---|---|
| | | *Conference* by Kevin Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Abraham Sofaer, Rambus Inc., Harold Hughes. (Gaw, Randolph) (Filed on 10/20/2006) (Entered: 10/20/2006) |
| 10/17/2006 | 50 | WAIVER OF SERVICE Returned Executed filed by Howard Chu, Gaetano Ruggieri. Service waived by Charles Geschke waiver sent on 10/6/2006, answer due 12/5/2006. (Downs, Travis) (Filed on 10/17/2006) (Entered: 10/17/2006) |
| 10/03/2006 | | Summons Issued as to David Mooring, Gary Harmon, Ed Larsen, Subodh Toprani, William Davidow, Bruce Dunlevie, Kevin Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Charles Geschke, Mark Horowitz, Abraham Sofaer, Rambus Inc., Harold Hughes, Geoff Tate, John D. Danforth, Laura S. Stark, Robert K. Eulau. *on 10/3/2006* (gm, COURT STAFF) (Filed on 10/3/2006) (Entered: 10/04/2006) |
| 10/02/2006 | 49 | AMENDED COMPLAINT *Consolidated Shareholder Derivative Complaint* against J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Charles Geschke, Mark Horowitz, Abraham Sofaer, David Mooring, Gary Harmon, Ed Larsen, Subodh Toprani, William Davidow, Bruce Dunlevie, Kevin Kennedy, Rambus Inc., Harold Hughes, Geoff Tate, John D. Danforth, Laura S. Stark, Robert K. Eulau. Filed byHoward Chu, Gaetano Ruggieri. (Downs, Travis) (Filed on 10/2/2006) (Entered: 10/02/2006) |
| 09/29/2006 | 48 | ORDER GRANTING STIPULATED REQUEST TO FILE CONSOLIDATED COMPLAINT re 46 Stipulation filed by Gaetano Ruggieri,. Signed by Judge Jeremy Fogel on 9/27/06. (jfsec, COURT STAFF) (Filed on 9/29/2006) (Entered: 09/29/2006) |
| 09/26/2006 | 47 | Fourth MOTION to Related Case *Administrative Motion to Relate Sanders Action to Chu Action* filed by Rambus Inc.. (Gaw, Randolph) (Filed on 9/26/2006) (Entered: 09/26/2006) |
| 09/25/2006 | 46 | STIPULATION *and [Proposed] Order Regarding Filing of Consolidated Complaint* by Gaetano Ruggieri. (Downs, Travis) (Filed on 9/25/2006) (Entered: 09/25/2006) |
| 09/18/2006 | 45 | Declaration of Rufat Ragimov in Support of 43 MOTION to Appoint Lead Plaintiff and Lead Counsel *Points & Authorities* filed byRufat Ragimov. (Related document(s)43) (Johnson, Frank) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 44 | Declaration of Frank J. Johnson in Support of 43 MOTION to Appoint Lead Plaintiff and Lead Counsel *Points & Authorities* filed byRufat Ragimov. (Related document(s)43) (Johnson, Frank) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 43 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Points & Authorities* filed by Rufat Ragimov. Motion Hearing set for 10/27/2006 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Johnson, Frank) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| | | |

| | | |
|---|---|---|
| 09/18/2006 | 42 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Rufat Ragimov. Motion Hearing set for 10/27/2006 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Johnson, Frank) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 08/31/2006 | 41 | ORDER re 32 RELATING CASES. Signed by Judge Jeremy Fogel on 8/31/06. (dlm, COURT STAFF) (Filed on 8/31/2006) (Entered: 08/31/2006) |
| 08/28/2006 | 40 | NOTICE by Howard Chu *OF WITHDRAWAL OF COUNSEL* (Green, Robert) (Filed on 8/28/2006) (Entered: 08/28/2006) |
| 08/22/2006 | 39 | ORDER re 26 RELATING CASES.. Signed by Judge Jeremy Fogel on 8/10/06. (dlm, COURT STAFF) (Filed on 8/22/2006) (Entered: 08/22/2006) |
| 08/17/2006 | 38 | CLERK'S NOTICE Case Management Conference set for 10/27/2006 10:30 AM. (jfsec, COURT STAFF) (Filed on 8/17/2006) (Entered: 08/17/2006) |
| 08/15/2006 | 37 | NOTICE of Appearance by Erin Jane Holland *as Counsel for Nominal Defendant Rambus Inc.* (Holland, Erin) (Filed on 8/15/2006) (Entered: 08/15/2006) |
| 08/10/2006 | 36 | NOTICE by Howard Chu *OF WITHDRAWAL OF APPEARANCE* (Green, Robert) (Filed on 8/10/2006) (Entered: 08/10/2006) |
| 08/10/2006 | 35 | ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL re 31 filed by Howard Chu,, Gaetano Ruggieri,. Signed by Judge Jeremy Fogel on 8/9/06. (jfsec, COURT STAFF) (Filed on 8/10/2006) (Entered: 08/10/2006) |
| 08/08/2006 | 34 | ORDER re 23 RELATING CASES.. Signed by Judge Jeremy Fogel on 8/2/06. (dlm, COURT STAFF) (Filed on 8/8/2006) (Entered: 08/08/2006) |
| 08/07/2006 | 33 | CERTIFICATE OF SERVICE by Rambus Inc. (Gaw, Randolph) (Filed on 8/7/2006) (Entered: 08/07/2006) |
| 08/07/2006 | 32 | MOTION to Related Case *Administrative Motion to Relate Olczak, Freedman and Williams Actions to Chu Action* filed by Rambus Inc.. (Attachments: # 1 Proposed Order Relating Olczak, Freedman and Williams Actions to Chu Action)(Gaw, Randolph) (Filed on 8/7/2006) (Entered: 08/07/2006) |
| 08/02/2006 | 31 | NOTICE by Howard Chu, Gaetano Ruggieri *Notice of Non-Opposition to Plaintiffs' Motions to Consolidate Related Cases and Appoint Lead Plaintiff and Lead Counsel* (Attachments: # 1 Proposed Order)(Downs, Travis) (Filed on 8/2/2006) (Entered: 08/02/2006) |
| 07/28/2006 | 30 | Certificate of Interested Entities *or Persons for Rambus, Inc. and Rule 7.1 Disclosure Statement* (Gaw, Randolph) (Filed on 7/28/2006) (Entered: 07/28/2006) |
| | | |

| | | |
|---|---|---|
| 07/28/2006 | 29 | Reply Memorandum */ Statement of Concurrence on Motions to Consolidate Actions and Statement of No Position on Motions to Appoint Lead Plaintiff and Lead Counsel* filed byRambus Inc.. (Gaw, Randolph) (Filed on 7/28/2006) (Entered: 07/28/2006) |
| 07/28/2006 | 28 | RESPONSE in Support re 20 MOTION to Appoint Lead Plaintiff and Lead Counsel *Plaintiff Gaetano Ruggieri's Notice of Motion and Motion to Consolidate Actions and Appoint Lead Plaintiff and Lead Counsel; Memorandum of Points and Authorities in Support Thereof* filed byGaetano Ruggieri. (Downs, Travis) (Filed on 7/28/2006) (Entered: 07/28/2006) |
| 07/27/2006 | 27 | CERTIFICATE OF SERVICE by Rambus Inc. *Relating Maniglia and Freedman Actions to Chu Action* (Gaw, Randolph) (Filed on 7/27/2006) (Entered: 07/27/2006) |
| 07/27/2006 | 26 | MOTION to Related Case *Administrative Motion to Relate Maniglia and Freedman Actions to Chu Action* filed by Rambus Inc.. (Attachments: # 1 Proposed Order Relating Maniglia and Freedman Actions to Chu Action) (Gaw, Randolph) (Filed on 7/27/2006) (Entered: 07/27/2006) |
| 07/27/2006 | 25 | Statement of Non-Opposition re 23 MOTION to Related Case *Administrative Motion to Consider Whether Cases Should be Related* filed byMichael A. Bernstein, Ronald L. Schwarcz. (Related document(s) 23) (Bishop, Patrice) (Filed on 7/27/2006) (Entered: 07/27/2006) |
| 07/19/2006 | 24 | CERTIFICATE OF SERVICE by Rambus Inc. re 23 MOTION to Related Case *Administrative Motion to Consider Whether Cases Should be Related* (Gaw, Randolph) (Filed on 7/19/2006) (Entered: 07/19/2006) |
| 07/19/2006 | 23 | MOTION to Related Case *Administrative Motion to Consider Whether Cases Should be Related* filed by Rambus Inc.. (Attachments: # 1 Proposed Order Relating Ruggiere and Bernstein Actions to Chu Action) (Gaw, Randolph) (Filed on 7/19/2006) (Entered: 07/19/2006) |
| 07/14/2006 | 22 | Proposed Order *[Proposed] Order Granting Plaintiff Gaetano Ruggieri's Motion to Consolidate Actions and Appoint Lead Plaintiff and Lead Counsel* by Gaetano Ruggieri. (Downs, Travis) (Filed on 7/14/2006) (Entered: 07/14/2006) |
| 07/14/2006 | 21 | Declaration of Travis E. Downs III *Declaration of Travis E. Downs III in Support of Plaintiff Gaetano Ruggieri's Motion to Consolidate Actions and Appoint Lead Plaintiff and Lead Counsel* filed byGaetano Ruggieri. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N) (Downs, Travis) (Filed on 7/14/2006) (Entered: 07/14/2006) |
| 07/14/2006 | 20 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Plaintiff Gaetano Ruggieri's Notice of Motion and Motion to Consolidate Actions and Appoint Lead Plaintiff and Lead Counsel; Memorandum of Points and Authorities in Support Thereof* filed by Gaetano Ruggieri. Motion Hearing set for 8/18/2006 09:00 AM in Courtroom 3, 5th Floor, San Jose. |

| | | |
|---|---|---|
| | | (Downs, Travis) (Filed on 7/14/2006) (Entered: 07/14/2006) |
| 07/07/2006 | 19 | ORDER by Judge Jeremy Fogel granting [16] Motion for Attorney Sean M. Handler for Admission Pro Hac Vice (gm, COURT STAFF) (Filed on 7/7/2006) (Entered: 07/10/2006) |
| 07/07/2006 | 18 | ORDER by Judge Jeremy Fogel granting [15] Motion for Attorney Todd M. Mosser for Admission Pro Hac Vice (gm, COURT STAFF) (Filed on 7/7/2006) (Entered: 07/10/2006) |
| 07/05/2006 | 14 | ORDER RELATING CASE.. Signed by Judge Jeremy Fogel on 7/5/06. (jfsec, COURT STAFF) (Filed on 7/5/2006) (Entered: 07/05/2006) |
| 07/03/2006 | 17 | CERTIFICATE OF SERVICE by Howard Chu re [16] MOTION for leave to appear in Pro Hac Vice, [15] MOTION for leave to appear in Pro Hac Vice, Received Order, Received Order (gm, COURT STAFF) (Filed on 7/3/2006) (Entered: 07/07/2006) |
| 07/03/2006 | | Received Order re [16] MOTION for leave to appear in Pro Hac Vice by Howard Chu. (gm, COURT STAFF) (Filed on 7/3/2006) (Entered: 07/07/2006) |
| 07/03/2006 | 16 | MOTION for Attorney Sean M. Handler for leave to appear in Pro Hac Vice (FILING FEE PAID) filed by Howard Chu. (gm, COURT STAFF) (Filed on 7/3/2006) (Entered: 07/07/2006) |
| 07/03/2006 | | Received Order re [15] MOTION for leave to appear in Pro Hac Vice by Howard Chu. (gm, COURT STAFF) (Filed on 7/3/2006) (Entered: 07/07/2006) |
| 07/03/2006 | 15 | MOTION for Attorney Todd M. Mosser for leave to appear in Pro Hac Vice (FILING FEE PAID) filed by Howard Chu. (gm, COURT STAFF) (Filed on 7/3/2006) (Entered: 07/07/2006) |
| 06/29/2006 | 13 | CERTIFICATE OF SERVICE by Howard Chu re 12 MOTION to Related Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11*, 11 Stipulation (Green, Robert) (Filed on 6/29/2006) (Entered: 06/29/2006) |
| 06/29/2006 | 12 | MOTION to Related Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11* filed by Howard Chu. (Attachments: # 1 Proposed Order) (Green, Robert) (Filed on 6/29/2006) (Entered: 06/29/2006) |
| 06/29/2006 | 11 | STIPULATION *OF RELATED CASES* by Howard Chu. (Green, Robert) (Filed on 6/29/2006) (Entered: 06/29/2006) |
| 06/28/2006 | 10 | CERTIFICATE OF SERVICE by Rambus Inc. re 9 Stipulation, 8 Notice of Appearance (Gaw, Randolph) (Filed on 6/28/2006) (Entered: 06/28/2006) |
| 06/28/2006 | 9 | STIPULATION *for Extension of Time to Respond to Complaint* by Rambus Inc.. (Gaw, Randolph) (Filed on 6/28/2006) (Entered: |

| | | |
|---|---|---|
| | | 06/28/2006) |
| 06/28/2006 | 8 | NOTICE of Appearance by Randolph Gaw , *Boris Feldman, Douglas J. Clark and Ignacio E. Salceda* (Gaw, Randolph) (Filed on 6/28/2006) (Entered: 06/28/2006) |
| 06/28/2006 | 7 | CERTIFICATE OF SERVICE by Howard Chu re 5 MOTION to Consolidate Cases *NOTICE AND MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT LEAD PLAINTIFF, LEAD COUNSEL, AND LIAISON COUNSEL*, 6 Declaration in Support, (Green, Robert) (Filed on 6/28/2006) (Entered: 06/28/2006) |
| 06/28/2006 | 6 | Declaration of ROBERT S. GREEN in Support of 5 MOTION to Consolidate Cases *NOTICE AND MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT LEAD PLAINTIFF, LEAD COUNSEL, AND LIAISON COUNSEL* filed byHoward Chu. (Related document(s)5) (Green, Robert) (Filed on 6/28/2006) (Entered: 06/28/2006) |
| 06/28/2006 | 5 | MOTION to Consolidate Cases *NOTICE AND MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT LEAD PLAINTIFF, LEAD COUNSEL, AND LIAISON COUNSEL* filed by Howard Chu. Motion Hearing set for 8/18/2006 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Attachments: # 1 Proposed Order)(Green, Robert) (Filed on 6/28/2006) (Entered: 06/28/2006) |
| 06/12/2006 | 3 | CERTIFICATE OF SERVICE by Howard Chu *PROOF OF SERVICE OF SUMMONS on Rambus Inc.* (Green, Robert) (Filed on 6/12/2006) (Entered: 06/12/2006) |
| 06/05/2006 | 4 | Summons Issued as to David Mooring, Gary Harmon, Ed Larsen, Subodh Toprani, William Davidow, Bruce Dunlevie, Kevin Kennedy, Harold Hughes, Geoff Tate, John D. Danforth, Laura S. Stark, Robert K. Eulau. *on 5/31/2006* (gm, COURT STAFF) (Filed on 6/5/2006) Additional attachment(s) added on 6/20/2006 (gm, COURT STAFF). (Entered: 06/05/2006) |
| 05/31/2006 | | CASE DESIGNATED for Electronic Filing. (gm, COURT STAFF) (Filed on 5/31/2006) (Entered: 06/05/2006) |
| 05/31/2006 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 8/25/2006. Case Management Conference set for 9/1/2006 10:30 AM. (Attachments: # 1 Standing Order)(gm, COURT STAFF) (Filed on 5/31/2006) (Entered: 06/05/2006) |
| 05/31/2006 | 1 | SHAREHOLDER DERIVATIVE COMPLAINT against David Mooring, Gary Harmon, Ed Larsen, Subodh Toprani, William Davidow, Bruce Dunlevie, Kevin Kennedy, Harold Hughes, Geoff Tate, John D. Danforth, Laura S. Stark, Robert K. Eulau ( Filing fee $ 350.00, receipt number 3386183.). Filed byHenry Chu. (gm, COURT STAFF) (Filed on 5/31/2006) Additional attachment(s) added on 6/20/2006 (gm, COURT |

| | | STAFF). (Entered: 06/02/2006) | |
|---|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/05/2007 06:21:45 | | | |
| **PACER Login:** | dp0007 | **Client Code:** | 98000-500 |
| **Description:** | Docket Report | **Search Criteria:** | 5:06-cv-03513-JF |
| **Billable Pages:** | 10 | **Cost:** | 0.80 |