ADRMOP, CONSOL, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:06-cv-04346-JF

In re Rambus Inc. Securities Litigation
Assigned to: Hon. Jeremy Fogel
Referred to: Magistrate Judge Howard R. Lloyd
Relate Case Cases:   5:06-cv-03513-JF
                     5:06-cv-04427-JF
                     5:06-cv-04153-JF
                     5:06-cv-05614-JF
                     5:07-cv-01238-JF
                     5:06-cv-04629-JF
                     5:06-cv-04715-JF
                     5:06-cv-04732-JF
Cause: 28:1331 Fed. Question

Date Filed: 07/17/2006
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

## Plaintiff

**Michael A. Bernstein Profit Sharing
Keogh Plan**
*on Behalf of Itself and All Others
Similarly Situated*

represented by **Timothy J. Burke**
Stull Stull & Brody
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
(310) 209-2468
Fax: 310-209-2087
Email: service@ssbla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary S. Graifman**
Kantrowitz Goldhamer & Graifman PC
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
(845) 356-2570
Fax: (845) 356-4335
Email: ggraifman@kgglaw.com
*ATTORNEY TO BE NOTICED*

**Howard Theodore Longman**
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
212-687-7230
Email: tsvi@aol.com
*ATTORNEY TO BE NOTICED*

**Patrice L. Bishop**
Stull, Stull & Brody
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
310/209-2468
Email: service@ssbla.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald L. Schwarcz**                    represented by  **Gary S. Graifman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Howard Theodore Longman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael L. Braunstein**
                                                         Kantrowitz Goldhamer & Graifman
                                                         210 Summit Avenue
                                                         Montvale, NJ 07645
                                                         201-391-7000
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Patrice L. Bishop**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Timothy J. Burke**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Maniglia**                       represented by  **Dennis Stewart**
                                                         Hulett Harper Stewart LLP
                                                         550 West C Street
                                                         Suite 1600
                                                         San Diego, CA 92101
                                                         619-338-1133
                                                         Fax: 619-338-1139
                                                         Email: dstewart@hulettharper.com
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rufat Ragimov**                         represented by  **Frank James Johnson**
                                                         Johnson Bottini LLP
                                                         655 W. Broadway, Suite 1400

San Diego, CA 92101
619-230-0063
Fax: 619-230-5535
Email: frankj@johnsonbottini.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra K. Sanders**                    represented by  **Jay Edward Smith**
                                                        Gilbert & Sackman
                                                        3699 Wilshire Boulevard
                                                        Suite 1200
                                                        Los Angeles, CA 90010-2732
                                                        323-938-3000 x350
                                                        Fax: 323-937-9139
                                                        Email: js@gslaw.org
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leavitt F. Sanders**                  represented by  **Jay Edward Smith**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rick Fournier**                       represented by  **Timothy J. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trust William K. Langfan**            represented by  **Timothy J. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WR Capital Group**                    represented by  **Timothy J. Burke**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Harold Hughes**                       represented by  **Randolph Gaw**
                                                        Palo Alto, CA 94304
                                                        (650) 493-9300
                                                        Fax: (650) 493-6811
                                                        *TERMINATED: 03/23/2007*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Boris Feldman**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-565-5100
Email: boris.feldman@wsgr.com
*ATTORNEY TO BE NOTICED*

**Douglas John Clark**
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650 565-5100
Email: dclark@wsgr.com
*ATTORNEY TO BE NOTICED*

**Erin Jane Holland**
650 Page Mill Road
Palo Alto, CA 93403
(650) 849-3436
Email: eholland@wsgr.com
*ATTORNEY TO BE NOTICED*

**Ignacio Evaristo Salceda**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Fax: 650-565-5100
Email: isalceda@wsgr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Mooring**                 represented by **Donald P. Gagliardi**
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
408-291-6200
Fax: 408-297-6000
Email: dgagliardi@be-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert K. Eulau**                          represented by **Juan Carlos Orellana**
                                                            Fenwick & West LLP
                                                            Silicon Valley Center
                                                            801 California Street
                                                            Mountain View, CA 94041
                                                            650-988-8500
                                                            Fax: 650-938-5200
                                                            Email: corellana@fenwick.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Felix Shih-Young Lee**
                                                            Fenwick & West LLP
                                                            Silicon Valley Center
                                                            801 California Street
                                                            Mountain View, CA 94041
                                                            650-988-8500
                                                            Fax: 650-938-5200
                                                            Email: flee@fenwick.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jay L. Pomerantz**
                                                            Fenwick & West
                                                            Silicon Valley Center
                                                            801 California Street
                                                            Mountain View, CA 94041
                                                            650-988-8500
                                                            Fax: 650-938-5200
                                                            Email: jpomerantz@fenwick.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Susan Samuels Muck**
                                                            Fenwick & West LLP
                                                            555 California Street, Suite 1200
                                                            San Francisco, CA 94104
                                                            415-875-2325
                                                            Fax: 415-281-1350
                                                            Email: smuck@fenwick.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Geoffrey Tate**                            represented by **Martin N. Gelfand**
                                                            Irell & Manella LLP
                                                            1800 Avenue of the Stars
                                                            Ste 900
                                                            Los Angeles, CA 90067-4276
                                                            (310) 277-1010 x7616
                                                            Email: mgelfand@irell.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Alexander Louis Karpman**
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-203-7029
Fax: 310-203-7199
Email: akarpman@irell.com
*ATTORNEY TO BE NOTICED*

**David Siegel**
Irell & Manella LLP
1800 Avenue of the Stars Ste 900
Los Angeles, CA 90067
310-277-1010
Email: dsiegel@irell.com
*ATTORNEY TO BE NOTICED*

**Garland Aycuff Kelley**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-203-7968
Email: GKelley@irell.com
*ATTORNEY TO BE NOTICED*

**John Charles Hueston**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310-277-1010
Fax: 310-203-7199
Email: jhueston@irell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Dunlevie**                 represented by **Jeffrey S. Facter**
Shearman & Sterling LLP
525 Market Street
Suite 1500
San Francisco, CA 94105
415-616-1100
Fax: 415-616-1199
Email: jfacter@shearman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin S. Chang**
Shearman & Sterling LLP
525 Market Street
Suite 1500
San Francisco, CA 94105-2723
415-616-1100
Fax: 415-616-1199
Email: jchang@shearman.com
*ATTORNEY TO BE NOTICED*

**Patrick David Robbins**
Shearman & Sterling LLP
525 Market Street
San Francisco, CA 94105
415-616-1100
Fax: 415-616-1199
Email: probbins@shearman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**P. Michael Farmwald**                    represented by    **Randolph Gaw**
                                                            (See above for address)
                                                            *TERMINATED: 03/23/2007*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Boris Feldman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Douglas John Clark**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Erin Jane Holland**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ignacio Evaristo Salceda**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**John D. Danforth**                       represented by    **Darryl Paul Rains**
                                                            Morrison & Foerster LLP
                                                            755 Page Mill Road
                                                            Palo Alto, CA 94304-1018
                                                            650-813-5600
                                                            Fax: 650-494-0792
                                                            Email: drains@mofo.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Laura Zeller**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Email: szeller@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Horowitz**                 represented by    **Randolph Gaw**
                                                    (See above for address)
                                                    *TERMINATED: 03/23/2007*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Boris Feldman**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Douglas John Clark**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Erin Jane Holland**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Ignacio Evaristo Salceda**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Kennedy**                 represented by    **Randolph Gaw**
                                                    (See above for address)
                                                    *TERMINATED: 03/23/2007*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Boris Feldman**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Douglas John Clark**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Erin Jane Holland**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Geschke**                     represented by   **Jeffrey S. Facter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin S. Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick David Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Davidow**                     represented by   **Jeffrey S. Facter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin S. Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick David Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rambus, Inc.**                        represented by   **Randolph Gaw**
(See above for address)
*TERMINATED: 03/23/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Boris Feldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas John Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erin Jane Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PricewaterhouseCoopers**                represented by    **Anthony I. Fenwick**
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, CA 94025
650-752-2015
Fax: 650-752-2111
Email: anthony.fenwick@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheryl Thomae Viirand**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4688
Fax: 212-450-5576
Email: cheryl.viirand@dpw.com
*ATTORNEY TO BE NOTICED*

**James H.R. Windels**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4000
*ATTORNEY TO BE NOTICED*

**Jill R. Zimmerman**
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, CA 94025
650-752-2060
Fax: 650-752-3660
Email: jill.zimmerman@dpw.com
*ATTORNEY TO BE NOTICED*

**Namita Wahi**
Davis Polk and Wardwell
Litigation
450 Lexington Avenue
New York, NY 10017
212-450-4954

Fax: 212-450-3954
Email: namita.wahi@dpw.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**William K. Langfan Trust**          represented by    **Willem F. Jonckheer**
Schubert & Reed LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
415/788-4220
Email: wjonckheer@schubert-reed.com
*ATTORNEY TO BE NOTICED*

**Movant**

**WR Capital Group**          represented by    **Mary E. Alexander**
Mary Alexander & Associates P.C.
44 Montgomery Street
Suite 1303
San Francisco, CA 94104
415/433-4440
Fax: 415-433-5440
Email:
malexander@maryalexanderlaw.com
*ATTORNEY TO BE NOTICED*

**William B. Federman**
Federman & Sherwood
10205 N. Pennsylvania
Oklahoma City, OK 73120
405-235-1560
Fax: 405-239-2112
Email: wfederman@aol.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Wendell Williams**          represented by    **Michael M. Goldberg**
Glancy & Binkow LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
310/201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| | | |

| 07/17/2006 | 1 | CLASS ACTION COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS: DEMAND FOR TRIAL BY JURY against Bruce Dunlevie, P. Michael Farmwald, John D. Danforth, Mark Horowitz, Kevin Kennedy, Charles Geschke, William Davidow, Rambus, Inc., Harold Hughes, David Mooring, Robert K. Eulau, Geoffrey Tate ( Filing fee $ 350.00, receipt number 5514923.). Filed byMichael A. Bernstein Profit Sharing Keogh Plan. (aaa, Court Staff) (Filed on 7/17/2006) Additional attachment(s) added on 7/24/2006 (sis, COURT STAFF). (Entered: 07/21/2006) |
|---|---|---|
| 07/17/2006 | | Summons Issued as to Bruce Dunlevie, P. Michael Farmwald, John D. Danforth, Mark Horowitz, Kevin Kennedy, Charles Geschke, William Davidow, Rambus, Inc., Harold Hughes, David Mooring, Robert K. Eulau, Geoffrey Tate. (aaa, Court Staff) (Filed on 7/17/2006) (Entered: 07/21/2006) |
| 07/17/2006 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/12/2006. Case Management Conference set for 10/19/2006 11:00 AM. Signed by Judge William H. Alsup on 07/17/06. (aaa, Court Staff) (Filed on 7/17/2006) (Entered: 07/21/2006) |
| 07/17/2006 | 3 | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP. Signed by Judge William H. Alsup on 07/17/06. (aaa, Court Staff) (Filed on 7/17/2006) (Entered: 07/21/2006) |
| 07/17/2006 | 4 | STANDING ORDER FOR EARLY NOTICE OF CLASS MEMBERS IN FEDERAL SECURTIES CASES BEFORE THE HONORABLE WILLIAM ALSUP. Signed by Judge William H. Alsup on 07/17/06. (aaa, Court Staff) (Filed on 7/17/2006) (Entered: 07/21/2006) |
| 07/17/2006 | 5 | CERTIFICATION OF TIMOTHY J. BURKE PURSUANT TO LOCAL RULE 3-7(d) by Michael A. Bernstein Profit Sharing Keogh Plan (aaa, Court Staff) (Filed on 7/17/2006) Additional attachment(s) added on 7/24/2006 (sis, COURT STAFF). (Entered: 07/21/2006) |
| 07/17/2006 | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 7/17/2006) (Entered: 07/21/2006) |
| 07/21/2006 | 6 | AMENDED COMPLAINT *FOR VIOLATION OF FEDERAL SECURITIES LAWS* against all defendants. Filed byRonald L. Schwarcz, Michael A. Bernstein Profit Sharing Keogh Plan. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Affidavit Certification of Plaintiff Pursuant to Federal Securities Laws)(Bishop, Patrice) (Filed on 7/21/2006) (Entered: 07/21/2006) |
| 07/24/2006 | 7 | CERTIFICATE of Counsel *Pursuant to Local Rule 3-7(d)* by Patrice L. Bishop on behalf of Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz (Bishop, Patrice) (Filed on 7/24/2006) (Entered: 07/24/2006) |
| 07/28/2006 | 8 | Certificate of Interested Entities *or Persons Pursuant to Civil L.R. 3-16* (Bishop, Patrice) (Filed on 7/28/2006) (Entered: 07/28/2006) |

| | | |
|---|---|---|
| 08/02/2006 | 9 | Summons Returned Unexecuted by Michael A. Bernstein Profit Sharing Keogh Plan as to Bruce Dunlevie, P. Michael Farmwald, John D. Danforth, Mark Horowitz, Kevin Kennedy, Charles Geschke, William Davidow, Rambus, Inc., Harold Hughes, David Mooring, Robert K. Eulau, Geoffrey Tate. (sis, COURT STAFF) (Filed on 8/2/2006) (Entered: 08/03/2006) |
| 08/03/2006 | | Summons Issued as to Bruce Dunlevie, P. Michael Farmwald, John D. Danforth, Mark Horowitz, Kevin Kennedy, Charles Geschke, William Davidow, Rambus, Inc., Harold Hughes, David Mooring, Robert K. Eulau, Geoffrey Tate. *Amended* (sis, COURT STAFF) (Filed on 8/3/2006) (Entered: 08/03/2006) |
| 08/08/2006 | 10 | ORDER Relating Cases. Signed by Judge Jeremy Fogel on 8/2/06. (dlm, COURT STAFF) (Filed on 8/8/2006) (Entered: 08/08/2006) |
| 08/09/2006 | | Pursuant to Order (10) Case Reassigned to District Judge Jeremy Fogel and Howard R. Lloyd as the Referral Judge. Judge William H. Alsup no longer assigned to the case. (srm, COURT STAFF) (Filed on 8/9/2006) (Entered: 08/09/2006) |
| 08/09/2006 | | Please note (10) Order Relating was mailed to Howard T. Longman and Gary Graifman by US Mail on 8/9/06. (srm, COURT STAFF) (Filed on 8/9/2006) (Entered: 08/09/2006) |
| 08/09/2006 | | Please note (3) Order Relating was mail to Darren Robbins by US Mail on 8/9/06. (srm, COURT STAFF) (Filed on 8/9/2006) (Entered: 08/09/2006) |
| 08/09/2006 | 11 | NOTICE by Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz *OF PUBLICATION PURSUANT TO LOCAL RULE 23-1(a)* (Attachments: # 1 Exhibit A (Press Release))(Burke, Timothy) (Filed on 8/9/2006) (Entered: 08/09/2006) |
| 08/17/2006 | 12 | CLERK'S NOTICE Case Management Conference set for 10/27/2006 10:30 AM. (jfsec, COURT STAFF) (Filed on 8/17/2006) (Entered: 08/17/2006) |
| 08/21/2006 | 13 | WAIVER OF SERVICE Returned Executed filed by Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz. Service waived by Rambus, Inc. waiver sent on 8/10/2006, answer due 10/10/2006. (Attachments: # 1 Waiver of Service of Summons)(Burke, Timothy) (Filed on 8/21/2006) (Entered: 08/21/2006) |
| 09/18/2006 | 14 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Ronald L. Schwarcz. Motion Hearing set for 10/27/2006 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Burke, Timothy) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 15 | MEMORANDUM in Support re 14 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byRonald L. Schwarcz. (Related document(s)14) (Burke, Timothy) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 16 | Declaration of Timothy J. Burke in Support of 14 MOTION to Appoint |

| | | |
|---|---|---|
| | | Lead Plaintiff and Lead Counsel filed byRonald L. Schwarcz. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Related document(s)14) (Burke, Timothy) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 17 | Proposed Order re 14 MOTION to Appoint Lead Plaintiff and Lead Counsel by Ronald L. Schwarcz. (Burke, Timothy) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 18 | CERTIFICATE OF SERVICE by Ronald L. Schwarcz re 15 Memorandum in Support, 16 Declaration in Support,, 14 MOTION to Appoint Lead Plaintiff and Lead Counsel, 17 Proposed Order (Burke, Timothy) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 19 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Notice of Motion, Motion and Memorandum of Points and Authorities* filed by William K. Langfan Trust. Motion Hearing set for 11/3/2006 09:00 AM. (Jonckheer, Willem) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 20 | Declaration of Marc I. Gross *In Support Of The Langfan Trust's Motion To Consolidate The Related Actions, For Appointment As Lead Plaintiff, And For Approval Of Lead Counsel and Liaison Counsel* filed byWilliam K. Langfan Trust. (Jonckheer, Willem) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 21 | CERTIFICATE of Counsel *Marc I. Gross Pursuant To LR 3-7(d)* by Willem F. Jonckheer on behalf of William K. Langfan Trust (Jonckheer, Willem) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 22 | CERTIFICATE of Counsel *Willem F. Jonckheer Pursuant To LR 3-7(d)* by Willem F. Jonckheer on behalf of William K. Langfan Trust (Jonckheer, Willem) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 23 | Proposed Order *Order Consolidating The Related Actions, Appointing The Langfan Trust As Lead Plaintiff, And Approving Lead Plaintiff's Selection Of Lead Counsel* by William K. Langfan Trust. (Jonckheer, Willem) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 24 | CERTIFICATE OF SERVICE by William K. Langfan Trust (Jonckheer, Willem) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 25 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Federman & Sherwood* filed by WR Capital Group. Motion Hearing set for 10/27/2006 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Alexander, Mary) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 26 | Declaration of Mary E. Alexander in Support of 25 MOTION to Appoint Lead Plaintiff and Lead Counsel *Federman & Sherwood* filed byWR Capital Group. (Related document(s)25) (Alexander, Mary) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 27 | EXHIBITS re 25 MOTION to Appoint Lead Plaintiff and Lead Counsel *Federman & Sherwood* filed byWR Capital Group. (Attachments: # 1 Exhibit Exhibit 1 to Declaration of Mary Alexander# 2 Exhibit Exhibit 2 |

| | | |
|---|---|---|
| | | to Declaration of Mary Alexander# 3 Exhibit Exhibit 3 to Declaration of Mary Alexander# 4 Exhibit Exhibit 4 to Declaration of Mary Alexander# 5 Exhibit Exhibit 5 to Declaration of Mary Alexander# 6 Exhibit Exhibit 6 to Declaration of Mary Alexander# 7 Exhibit Exhibit 7 to Declaration of Mary Alexander# 8 Exhibit Exhibit 8 to Declaration of Mary Alexander# 9 Exhibit Exhibit 9 to Declaration of Mary Alexander) (Related document(s)25) (Alexander, Mary) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 28 | Proposed Order re 26 Declaration in Support, 25 MOTION to Appoint Lead Plaintiff and Lead Counsel *Federman & Sherwood*, 27 Exhibits,, by WR Capital Group. (Alexander, Mary) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 29 | CERTIFICATE OF SERVICE by WR Capital Group re 26 Declaration in Support, 25 MOTION to Appoint Lead Plaintiff and Lead Counsel *Federman & Sherwood*, 27 Exhibits,,, 28 Proposed Order (Alexander, Mary) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 30 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Abbey Spanier Rodd, Abrams & Paradis, LLP* filed by Joseph Maniglia. Motion Hearing set for 11/9/2006 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Stewart, Dennis) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 31 | Declaration of Kirk B. Hulett in Support of 30 MOTION to Appoint Lead Plaintiff and Lead Counsel *Abbey Spanier Rodd, Abrams & Paradis, LLP* filed byJoseph Maniglia. (Attachments: # 1 Exhibit "A" Notice on Business Wire 7/19/06# 2 Exhibit "B" Certification of Rick Fournier# 3 Exhibit "C" Fournier Damage Analysis# 4 Exhibit "D" Certidication of DeSaye Family LLC# 5 Exhibit "E" DeSaye Damage Analysis# 6 Exhibit "F" Certification of Mark Colin# 7 Exhibit "G" Colin Damage Analysis# 8 Exhibit "H" Certification of Robert Hille# 9 Exhibit "I" Hille Damage Analysis# 10 Exhibit "J" Certification of Donald A. Purcell# 11 Exhibit "K" Loss Chart# 12 Exhibit "L" Firm Resume of Abbey Spanier Rodd Abrams & Paradis, LLP# 13 Exhibit "M" Firm Resume of Hulett Harper Stewart LLP)(Related document(s)30) (Stewart, Dennis) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 32 | Proposed Order re 31 Declaration in Support,,,,, 30 MOTION to Appoint Lead Plaintiff and Lead Counsel *Abbey Spanier Rodd, Abrams & Paradis, LLP* by Joseph Maniglia. (Stewart, Dennis) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 33 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Rufat Ragimov. Motion Hearing set for 10/27/2006 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Johnson, Frank) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 34 | MEMORANDUM in Support re 33 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byRufat Ragimov. (Related document(s)33) (Johnson, Frank) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 35 | Declaration of Frank J. Johnson in Support of 33 MOTION to Appoint |

| | | Lead Plaintiff and Lead Counsel filed byRufat Ragimov. (Related document(s)33) (Johnson, Frank) (Filed on 9/18/2006) (Entered: 09/18/2006) |
|---|---|---|
| 09/18/2006 | 36 | Declaration of Rufat Ragimov in Support of 33 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byRufat Ragimov. (Related document(s)33) (Johnson, Frank) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/18/2006 | 37 | Proposed Order re 33 MOTION to Appoint Lead Plaintiff and Lead Counsel by Rufat Ragimov. (Johnson, Frank) (Filed on 9/18/2006) (Entered: 09/18/2006) |
| 09/19/2006 | 38 | ERRATA re 26 Declaration in Support, 25 MOTION to Appoint Lead Plaintiff and Lead Counsel *Federman & Sherwood*, 29 Certificate of Service, 27 Exhibits,,, 28 Proposed Order by WR Capital Group. (Alexander, Mary) (Filed on 9/19/2006) (Entered: 09/19/2006) |
| 09/20/2006 | 39 | NOTICE of Appearance by Randolph Gaw *Notice of Appearance of Boris Feldman, Douglas J. Clark, Ignacio E. Salceda, Randolph Gaw and Erin J. Holland as Counsel for Defendants Rambus Inc., Thomas J. Bentley, Sunlin Chou, Michael P. Farmwald, Mark Horowitz, Harold Hughes, Kevin Kennedy, Satish Rishi and Abraham Sofaer* (Gaw, Randolph) (Filed on 9/20/2006) (Entered: 09/20/2006) |
| 09/20/2006 | 40 | Certificate of Interested Entities re 39 Notice of Appearance, *Rule 7.1 Disclosure Statement and Civil Local Rule 3-16 Certification of Interested Entities or Persons for Rambus Inc.* (Gaw, Randolph) (Filed on 9/20/2006) (Entered: 09/20/2006) |
| 09/20/2006 | 41 | STIPULATION *Stipulation and [Proposed] Consolidation and Scheduling Order* by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Gaw, Randolph) (Filed on 9/20/2006) (Entered: 09/20/2006) |
| 09/20/2006 | 42 | CERTIFICATE OF SERVICE by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes re 41 Stipulation *Certificate of Service* (Gaw, Randolph) (Filed on 9/20/2006) (Entered: 09/20/2006) |
| 09/25/2006 | 43 | NOTICE by Ronald L. Schwarcz re 25 MOTION to Appoint Lead Plaintiff and Lead Counsel *Federman & Sherwood*, 19 MOTION to Appoint Lead Plaintiff and Lead Counsel *Notice of Motion, Motion and Memorandum of Points and Authorities*, 30 MOTION to Appoint Lead Plaintiff and Lead Counsel *Abbey Spanier Rodd, Abrams & Paradis, LLP*, 14 MOTION to Appoint Lead Plaintiff and Lead Counsel, 33 MOTION to Appoint Lead Plaintiff and Lead Counsel *OF RESCHEDULED HEARING DATE FOR PENDING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* (Burke, Timothy) (Filed on 9/25/2006) (Entered: 09/25/2006) |
| 09/26/2006 | 44 | ORDER GRANTING STIPULATED REQUEST TO CONSOLIDATE re 41 Stipulation filed by P. Michael Farmwald,, Mark Horowitz,, Kevin |

| | | |
|---|---|---|
| | | Kennedy,, Harold Hughes,, Rambus, Inc.,,. Signed by Judge Jeremy Fogel on 9/22/06. (jfsec, COURT STAFF) (Filed on 9/26/2006) (Entered: 09/26/2006) |
| 09/28/2006 | 45 | CERTIFICATE OF SERVICE by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes re 44 Order *served on non-efiling parties* (Gaw, Randolph) (Filed on 9/28/2006) (Entered: 09/28/2006) |
| 10/02/2006 | 46 | CERTIFICATE of Counsel re 32 Proposed Order, 30 MOTION to Appoint Lead Plaintiff and Lead Counsel *Abbey Spanier Rodd, Abrams & Paradis, LLP,* 31 Declaration in Support,,,, *Seeking to Serve as Class Counsel Pursuant to Lcoal Rule 3-7(d)* by Dennis Stewart on behalf of Joseph Maniglia (Stewart, Dennis) (Filed on 10/2/2006) (Entered: 10/02/2006) |
| 10/06/2006 | 47 | NOTICE by Wendell Williams *NOTICE OF WITHDRAWAL OF THE WILLIAMS GROUP'S MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF LEAD PLAINTIFF AND SELECTION OF LEAD AND LIAISON COUNSEL* (Goldberg, Michael) (Filed on 10/6/2006) (Entered: 10/06/2006) |
| 10/17/2006 | 48 | MOTION for leave to appear in Pro Hac Vice filed by WR Capital Group. (Attachments: # 1 Proposed Order Proposed Order Granting Application for Admission of Attorney Pro Hac Vice)(Alexander, Mary) (Filed on 10/17/2006) (Entered: 10/17/2006) |
| 10/17/2006 | 58 | MOTION for leave to appear in Pro Hac Vice filed by WR Capital Group. Receipt Number 3391351 for $210.00. (srm, COURT STAFF) (Filed on 10/17/2006) Additional attachment(s) added on 10/24/2006 (srm, COURT STAFF). (Entered: 10/24/2006) |
| 10/17/2006 | | Received Proposed Order re 58 MOTION for leave to appear in Pro Hac Vice by WR Capital Group. (srm, COURT STAFF) (Filed on 10/17/2006) (Entered: 10/24/2006) |
| 10/18/2006 | 49 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Defendants' Statement of Non-Position Regarding Motions for Lead Plaintiff* filed by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. Motion Hearing set for 10/27/2006 09:00 AM. (Gaw, Randolph) (Filed on 10/18/2006) (Entered: 10/18/2006) |
| 10/18/2006 | 50 | CERTIFICATE OF SERVICE by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes re 49 MOTION to Appoint Lead Plaintiff and Lead Counsel *Defendants' Statement of Non-Position Regarding Motions for Lead Plaintiff Certificate of Service on Non-efiling Parties* (Gaw, Randolph) (Filed on 10/18/2006) (Entered: 10/18/2006) |
| 10/18/2006 | 51 | NOTICE by WR Capital Group re 26 Declaration in Support, 25 MOTION to Appoint Lead Plaintiff and Lead Counsel *Federman & Sherwood,* 29 Certificate of Service, 27 Exhibits,,, 28 Proposed Order *Notice of Withdrawal of its Motion to Consolidate Related Cases and for* |

| | | |
|---|---|---|
| | | *Approval of its Choice of Lead and Liaison Counsel* (Alexander, Mary) (Filed on 10/18/2006) (Entered: 10/18/2006) |
| 10/19/2006 | 52 | NOTICE by William K. Langfan Trust *Of Withdrawal Of Its Motion To Appoint Lead Plaintiff And For Approval Of Its Choice Of Lead And Liaison Counsel* (Jonckheer, Willem) (Filed on 10/19/2006) (Entered: 10/19/2006) |
| 10/19/2006 | 53 | NOTICE by Joseph Maniglia *of Withdrawal of Rick Fournier, The DeSaye Family, LLC, Mark A. Colin, Robert Hille, and Donald A. Purcell's Motion for the Appointment as Lead Plaintiffs, and Approval of Choice of Lead Counsel* (Stewart, Dennis) (Filed on 10/19/2006) (Entered: 10/19/2006) |
| 10/19/2006 | 54 | CERTIFICATE OF SERVICE by Joseph Maniglia re 53 Notice (Other), Notice (Other) (Stewart, Dennis) (Filed on 10/19/2006) (Entered: 10/19/2006) |
| 10/19/2006 | 55 | Memorandum in Opposition *to motion by Ronald L. Schwarcz for Appointment as Lead Plaintiff* filed byRufat Ragimov. (Attachments: # 1 Affidavit Declaration of Frank J. Johnson)(Johnson, Frank) (Filed on 10/19/2006) (Entered: 10/19/2006) |
| 10/19/2006 | 56 | Memorandum in Opposition re 33 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byRonald L. Schwarcz. (Burke, Timothy) (Filed on 10/19/2006) (Entered: 10/19/2006) |
| 10/19/2006 | 57 | Declaration of Timothy J. Burke in Support of 56 Memorandum in Opposition filed byRonald L. Schwarcz. (Attachments: # 1 Exhibit A) (Related document(s)56) (Burke, Timothy) (Filed on 10/19/2006) (Entered: 10/19/2006) |
| 10/23/2006 | 59 | MOTION for leave to appear in Pro Hac Vice filed by Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz. Filing Fee Paid - Receipt Number 5515628.(srm, COURT STAFF) (Filed on 10/23/2006) (Entered: 10/26/2006) |
| 10/23/2006 | | Received Proposed Order re [59] MOTION for leave to appear in Pro Hac Vice. (srm, COURT STAFF) (Filed on 10/23/2006) (Entered: 10/26/2006) |
| 10/24/2006 | 60 | ORDER re [59] MOTION for leave to appear in Pro Hac Vice For Attorney Howard T. Longman filed by Michael A. Bernstein Profit Sharing Keogh Plan,, Ronald L. Schwarcz,. Signed by Judge Judge Fogel on 10/24/06. (srm, COURT STAFF) (Filed on 10/24/2006 Additional attachment(s) added on 10/26/2006 (srm, COURT STAFF). (Entered: 10/26/2006) |
| 10/26/2006 | 61 | NOTICE by Rufat Ragimov re 33 MOTION to Appoint Lead Plaintiff and Lead Counsel *of Withdrawal of Motion* (Johnson, Frank) (Filed on 10/26/2006) (Entered: 10/26/2006) |
| 10/27/2006 | 63 | ORDER by Judge Jeremy Fogel granting 48,58 Application for Admission of Attorney WILLIAM B. FEDERMAN Pro Hac Vice (bw, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 10/27/2006) Modified on 11/1/2006 (dlm, COURT STAFF). (Entered: 10/31/2006) |
| 10/30/2006 | 62 | Application for Admission of attorney GARY S. GRAIFMAN Pro Hac Vice (Fee paid, receipt # 5515686) filed by Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz. (bw, COURT STAFF) (Filed on 10/30/2006) Additional attachment(s) added on 10/30/2006 (bw, COURT STAFF). (Entered: 10/30/2006) |
| 10/30/2006 | | Received Document (Proposed) Order Granting Pro Hac Vice to attorney GARY S. GRAIFMAN by Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz. (bw, COURT STAFF) (Filed on 10/30/2006) (Entered: 10/30/2006) |
| 11/01/2006 | 64 | ORDER Granting Application for Admission Attorney Gary S. Graifman Pro Hac Vice re 62 MOTION for leave to appear in Pro Hac Vice filed by Michael A. Bernstein Profit Sharing Keogh Plan,, Ronald L. Schwarcz,. Signed by Judge Judge Fogel on 10/31/06. (srm, COURT STAFF) (Filed on 11/1/2006) Additional attachment(s) added on 11/3/2006 (srm, COURT STAFF). (Entered: 11/03/2006) |
| 11/07/2006 | 65 | NOTICE of Appearance by Gary S. Graifman (Graifman, Gary) (Filed on 11/7/2006) (Entered: 11/07/2006) |
| 11/08/2006 | 66 | NOTICE of Appearance by Howard Theodore Longman (Longman, Howard) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 67 | CERTIFICATE of Counsel *Pursuant to Local Rule 3-7(d)* by Howard Theodore Longman on behalf of Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz (Longman, Howard) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/09/2006 | 68 | FINANCIAL AFFIDAVIT by Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz, Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz. (Graifman, Gary) (Filed on 11/9/2006) (Entered: 11/09/2006) |
| 11/09/2006 | 69 | ORDER By Judge Jeremy Fogel Granting 14 Motion Of Ronald L. Schwarcz For Appointment Of Lead Plaintiff And For Appointment Of Lead Plaintiff's Counsel. (jflc2, COURT STAFF) (Filed on 11/9/2006) (Entered: 11/09/2006) |
| 11/09/2006 | 70 | Minute Entry: Motion to Appoint Lead Plaintiff and Lead Counsel hearing held on 11/9/2006 before Judge Jeremy Fogel. The motion is taken under submission. (See order docket no. 69.) (Date Filed: 11/9/2006). (Court Reporter Irene Rodriguez.) (dlm, COURT STAFF) (Date Filed: 11/9/2006) (Entered: 11/13/2006) |
| 11/13/2006 | 71 | CLERK'S NOTICE Case Management Conference set for 3/16/2007 10:30 AM. (dlm, COURT STAFF) (Filed on 11/13/2006) (Entered: 11/13/2006) |
| 11/21/2006 | 72 | NOTICE of Appearance by Jeffrey S. Facter , *Patrick D. Robbins, and Justin S. Chang* (Facter, Jeffrey) (Filed on 11/21/2006) (Entered: |

| | | 11/21/2006) |
|---|---|---|
| 12/11/2006 | 73 | MOTION to Related Case *Administrative Motion to Relate Sanders Action to In Re Rambus Inc. Securities Litigation* filed by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Gaw, Randolph) (Filed on 12/11/2006) (Entered: 12/11/2006) |
| 12/11/2006 | 74 | Proposed Order re 73 MOTION to Related Case *Administrative Motion to Relate Sanders Action to In Re Rambus Inc. Securities Litigation [Proposed] Order Relating Sanders Action with In Re Rambus Inc. Action* by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Gaw, Randolph) (Filed on 12/11/2006) (Entered: 12/11/2006) |
| 12/11/2006 | 75 | CERTIFICATE OF SERVICE by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes re 74 Proposed Order,, 73 MOTION to Related Case *Administrative Motion to Relate Sanders Action to In Re Rambus Inc. Securities Litigation Certificate of Service on Non-Efiling Parties* (Gaw, Randolph) (Filed on 12/11/2006) (Entered: 12/11/2006) |
| 12/13/2006 | 76 | First MOTION to Related Case *Sanders v. Rambus, Inc., et al.* filed by Debra K. Sanders, Leavitt F. Sanders. (Smith, Jay) (Filed on 12/13/2006) (Entered: 12/13/2006) |
| 12/18/2006 | 78 | ORDER RELATING SANDERS CASE NO. CV-06-5614-JF re 73 and 76. Signed by Judge Jeremy Fogel on 12/15/06. (dlm, COURT STAFF) (Filed on 12/18/2006) (Entered: 12/19/2006) |
| 12/19/2006 | 77 | STIPULATION *and [PROPOSED] CONSENT ORDER TO EXTEND TIME TO FILE CONSOLIDATED AMENDED COMPLAINT* by Ronald L. Schwarcz. (Graifman, Gary) (Filed on 12/19/2006) (Entered: 12/19/2006) |
| 12/20/2006 | 79 | ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO FILE CONSOLIDATED COMPLAINT re 77 Stipulation filed by Ronald L. Schwarcz,. Signed by Judge Jeremy Fogel on 12/20/06. (jfsec, COURT STAFF) (Filed on 12/20/2006) (Entered: 12/20/2006) |
| 01/11/2007 | 80 | WAIVER OF SERVICE Returned Executed filed by Ronald L. Schwarcz. Service waived by Robert K. Eulau waiver sent on 1/5/2007, answer due 3/6/2007. (Burke, Timothy) (Filed on 1/11/2007) (Entered: 01/11/2007) |
| 01/12/2007 | 81 | WAIVER OF SERVICE Returned Executed filed by Ronald L. Schwarcz. Service waived by John D. Danforth waiver sent on 1/5/2007, answer due 3/6/2007. (Burke, Timothy) (Filed on 1/12/2007) (Entered: 01/12/2007) |
| 01/26/2007 | 82 | AFFIDAVIT of Service for Amended Summons, Amended Complaint, Stipulation and Consolidation and Scheduling Order served on David Mooring on January 9, 2007, filed by Michael A. Bernstein Profit Sharing Keogh Plan, Ronald L. Schwarcz. (Burke, Timothy) (Filed on |

| | | 1/26/2007) (Entered: 01/26/2007) |
|---|---|---|
| 01/31/2007 | 83 | STIPULATION *and [Proposed] Order to Extend Time to File Consolidated Amended Complaint and Setting Briefing Schedule* by Ronald L. Schwarcz. (Burke, Timothy) (Filed on 1/31/2007) (Entered: 01/31/2007) |
| 02/02/2007 | 84 | ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE re 83 Stipulation filed by Ronald L. Schwarcz,. Signed by Judge Jeremy Fogel on 2/2/07. (jfsec, COURT STAFF) (Filed on 2/2/2007) (Entered: 02/02/2007) |
| 02/06/2007 | 85 | WAIVER OF SERVICE Returned Executed filed by Ronald L. Schwarcz. Service waived by Geoffrey Tate waiver sent on 1/5/2007, answer due 3/6/2007. (Attachments: # 1 Executed Waiver of Service of Summons)(Burke, Timothy) (Filed on 2/6/2007) (Entered: 02/06/2007) |
| 02/14/2007 | 86 | AMENDED COMPLAINT *CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS* against all defendants. Filed byRick Fournier, William K. Langfan, WR Capital Group, Ronald L. Schwarcz. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Burke, Timothy) (Filed on 2/14/2007) (Entered: 02/14/2007) |
| 02/20/2007 | 87 | CERTIFICATE OF SERVICE by Ronald L. Schwarcz re 86 Amended Complaint, (Burke, Timothy) (Filed on 2/20/2007) (Entered: 02/20/2007) |
| 03/02/2007 | | Summons Issued as to PricewaterhouseCoopers. *on 3/2/2007* (gm, COURT STAFF). (Entered: 03/05/2007) |
| 03/07/2007 | 88 | MOTION for Discovery *Notice of Motion and Motion of Lead Plaintiff to Partially Lift PSLRA Automatic Stay and Obtain Particularized Discovery; Memorandum of Points and Authorities in Support Thereof* filed by Ronald L. Schwarcz. Motion Hearing set for 4/27/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Burke, Timothy) (Filed on 3/7/2007) (Entered: 03/07/2007) |
| 03/07/2007 | 89 | Proposed Order re 88 MOTION for Discovery *Notice of Motion and Motion of Lead Plaintiff to Partially Lift PSLRA Automatic Stay and Obtain Particularized Discovery; Memorandum of Points and Authorities in Support Thereof* by Ronald L. Schwarcz. (Burke, Timothy) (Filed on 3/7/2007) (Entered: 03/07/2007) |
| 03/07/2007 | 90 | Declaration of Howard T. Longman in Support of 88 MOTION for Discovery *Notice of Motion and Motion of Lead Plaintiff to Partially Lift PSLRA Automatic Stay and Obtain Particularized Discovery; Memorandum of Points and Authorities in Support Thereof* filed byRonald L. Schwarcz. (Attachments: # 1 Exhibit A through E)(Related document(s)88) (Longman, Howard) (Filed on 3/7/2007) (Entered: 03/07/2007) |
| 03/08/2007 | 91 | Letter from Howard T. Longman, Esq. *requesting rescheduled hearing* |

| | | |
|---|---|---|
| | | *date for Lead Plaintiff's Motion to Partially Lift the PSLRA Automatic Stay and Obtain Particularized Discovery.* (Longman, Howard) (Filed on 3/8/2007) (Entered: 03/08/2007) |
| 03/13/2007 | 92 | WAIVER OF SERVICE Returned Executed filed by Ronald L. Schwarcz. Service waived by PricewaterhouseCoopers waiver sent on 3/8/2007, answer due 5/7/2007. (Burke, Timothy) (Filed on 3/13/2007) (Entered: 03/13/2007) |
| 03/14/2007 | 93 | NOTICE of Appearance by Darryl P. Rains (Rains, Darryl) (Filed on 3/14/2007) (Entered: 03/14/2007) |
| 03/15/2007 | 94 | STIPULATION *Requesting Continuance of Initial Case Management Conference; Setting Motion Date; and [Proposed] Order* by Ronald L. Schwarcz. (Burke, Timothy) (Filed on 3/15/2007) (Entered: 03/15/2007) |
| 03/16/2007 | 95 | ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND SET MOTION HEARING DATE re 94 Stipulation filed by Ronald L. Schwarcz, Initial Case Management Conference set for 6/22/2007 10:30 AM, Motion to Dismiss First Consolidated Amended Complaint set for June 22, 2007 at 9:00 AM. Signed by Judge Jeremy Fogel on 3/16/07. (jfsec, COURT STAFF) (Filed on 3/16/2007) (Entered: 03/16/2007) |
| 03/16/2007 | 96 | CLERK'S NOTICE Motion Hearing rescheduled for 4/25/2007 10:00 AM. (jfsec, COURT STAFF) (Filed on 3/16/2007) (Entered: 03/16/2007) |
| 03/16/2007 | 97 | NOTICE of Appearance by Juan-Carlos Orellana , *Susan S. Muck, Jay L. Pomerantz and Felix S. Lee* on behalf of Defendant Robert K. Eulau (Orellana, Juan-Carlos) (Filed on 3/16/2007) (Entered: 03/16/2007) |
| 03/23/2007 | 98 | NOTICE of Change In Counsel by Ignacio E. Salceda (Salceda, Ignacio) (Filed on 3/23/2007) (Entered: 03/23/2007) |
| 03/29/2007 | 99 | STIPULATION *AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF DEFENDANTS RAMBUS INC., HAROLD HUGHES, MARK HOROWITZ, P. MICHAEL FARMWALD AND KEVIN KENNEDY'S BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Salceda, Ignacio) (Filed on 3/29/2007) (Entered: 03/29/2007) |
| 04/02/2007 | 100 | MOTION to Dismiss *Plaintiff's Consolidated Amended Class Action Complaint; Memorandum of Points and Authorities* filed by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. Motion Hearing set for 6/22/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Attachments: # 1 Appendix A# 2 Proposed Order) (Salceda, Ignacio) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 101 | Request for Judicial Notice re 100 MOTION to Dismiss *Plaintiff's Consolidated Amended Class Action Complaint; Memorandum of Points and Authorities* filed byP. Michael Farmwald, Mark Horowitz, Kevin |

| | | |
|---|---|---|
| | | Kennedy, Rambus, Inc., Harold Hughes. (Related document(s)100) (Salceda, Ignacio) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 102 | Joinder re 100 MOTION to Dismiss *Plaintiff's Consolidated Amended Class Action Complaint; Memorandum of Points and Authorities* by Bruce Dunlevie, Charles Geschke, William Davidow. (Chang, Justin) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 103 | Declaration of Betty Chang Rowe in Support of 100 MOTION to Dismiss *Plaintiff's Consolidated Amended Class Action Complaint; Memorandum of Points and Authorities*, 101 Request for Judicial Notice, filed byP. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6; Part 1 of 2# 7 Exhibit 6; Part 2 of 2# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17# 19 Exhibit 18# 20 Exhibit 19# 21 Exhibit 20# 22 Exhibit 21# 23 Exhibit 22; Part 1 of 2# 24 Exhibit 22; Part 2 of 2# 25 Exhibit 23; Part 1 of 2# 26 Exhibit 23; Part 2 of 2# 27 Errata 24# 28 Exhibit 25# 29 Exhibit 26# 30 Exhibit 27# 31 Exhibit 28# 32 Exhibit 29# 33 Exhibit 30# 34 Exhibit 31# 35 Exhibit 32# 36 Exhibit 33)(Related document(s)100, 101) (Salceda, Ignacio) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 104 | Joinder *to Defendants Rambus Inc., Harold Hughes, Mark Horowitz, P. Michael Farmwald and Kevin Kennedy's 100 Motion to Dismiss the Consolidated Amended Complaint* by David Mooring. (Gagliardi, Donald) (Filed on 4/2/2007) Modified on 4/3/2007 (cv, COURT STAFF). (Entered: 04/02/2007) |
| 04/02/2007 | 105 | MOTION to Dismiss *Complaint* filed by John D. Danforth. Motion Hearing set for 6/22/2007 09:00 AM. (Attachments: # 1 Proposed Order Proposed Order Granting John Danforth's Motion to Dismiss Complaint) (Rains, Darryl) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 106 | Declaration of Stephanie L. Zeller in Support of 105 MOTION to Dismiss *Complaint* filed byJohn D. Danforth. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Related document(s)105) (Rains, Darryl) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 107 | MOTION to Dismiss *Plaintiff's Consolidated Amended Class Action Complaint and Memorandum of Points and Authorities in Support Thereof* filed by Robert K. Eulau. Motion Hearing set for 6/22/2007 09:00 AM. (Attachments: # 1 Proposed Order)(Muck, Susan) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 108 | Declaration of J. Carlos Orellana in Support of 107 MOTION to Dismiss *Plaintiff's Consolidated Amended Class Action Complaint and Memorandum of Points and Authorities in Support Thereof* filed byRobert K. Eulau. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Related |

| | | document(s)107) (Muck, Susan) (Filed on 4/2/2007) (Entered: 04/02/2007) |
|---|---|---|
| 04/02/2007 | 109 | Request for Judicial Notice re 107 MOTION to Dismiss *Plaintiff's Consolidated Amended Class Action Complaint and Memorandum of Points and Authorities in Support Thereof* filed byRobert K. Eulau. (Related document(s)107) (Muck, Susan) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/02/2007 | 110 | Certificate of Interested Entities *or Persons Pursuant to CIV. L. R. 3-16* (Muck, Susan) (Filed on 4/2/2007) (Entered: 04/02/2007) |
| 04/03/2007 | 111 | (Proposed) Order Granting John Danforth's Motion to Dismiss Complaint re 105 by John D. Danforth. (Rains, Darryl) (Filed on 4/3/2007) Text modified on 4/3/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 04/03/2007) |
| 04/03/2007 | 112 | Defendant John Danforth's Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16 (Rains, Darryl) (Filed on 4/3/2007) Text modified on 4/3/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 04/03/2007) |
| 04/03/2007 | 113 | STIPULATION AND ORDER re 99 Extending Page Limit. Signed by Judge Jeremy Fogel on 4/2/07. (dlm, COURT STAFF) (Filed on 4/3/2007) (Entered: 04/03/2007) |
| 04/04/2007 | 114 | Joinder *to Defendants Rambus, Inc., Harold Hughes, Mark Horowitz, P. Michael Farmwald and Kevin Kennedy's Opposition to Lead Plaintiff's Motion to Partially Lift PSLRA Automatic Stay and Obtain Particularized Discovery* by David Mooring. (Gagliardi, Donald) (Filed on 4/4/2007) (Entered: 04/04/2007) |
| 04/04/2007 | 115 | Defendants Rambus, Inc., Harold Hughes, Mark Horowitz, P. Michael Farmwald and Kevin Kennedy's Opposition to Lead Plaintiff's Motion to Partially filed by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Salceda, Ignacio) (Filed on 4/4/2007) Modified on 4/5/2007 (bw, COURT STAFF). (Entered: 04/04/2007) |
| 04/04/2007 | 116 | Declaration of Ignacio E. Salceda in Support of Defendants Rambus, Inc., Harold Hughes, Mark Horowitz, P. Michael Farmwald and Kevin Kennedy's Opposition to Lead Plaintiff's Motion to Partially Lift PSLRA Automatic Stay and Obtain Particularized Discovery 115 filed by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Related document(s)115) (Salceda, Ignacio) (Filed on 4/4/2007) Modified on 4/5/2007 (bw, COURT STAFF). (Entered: 04/04/2007) |
| 04/04/2007 | 117 | Defendant Robert K. Eulau's Joinder TO DEFENDANTS RAMBUS, INC., HAROLD HUGHES, MARK HOROWITZ, P. MICHAEL FARMWALD, AND KEVIN KENNEDY'S OPPOSITION TO PLAINTIFF'S MOTION TO LIFT PSLRA AUTOMATIC STAY AND OBTAIN PARTICULARIZED DISCOVERY by Robert K. Eulau. (Muck, Susan) (Filed on 4/4/2007) Modified on 4/5/2007 (bw, COURT |

|  |  | STAFF). (Entered: 04/04/2007) |
|---|---|---|
| 04/04/2007 | 118 | Notice of Joinder and Joinder of Defendants William Davidow, Bruce Dunlevie, and Charles Geschke to Defendants Rambus Inc., Harold Hughes, Mark Horowitz, P. Michael Farmwald and Kevin Kennedy's Opposition to Plaintiffs' Motion to Lift PSLRA Automatic Stay and Obtain Particularized Discovery by Bruce Dunlevie, Charles Geschke, William Davidow. (Chang, Justin) (Filed on 4/4/2007) Modified on 4/5/2007 (bw, COURT STAFF). (Entered: 04/04/2007) |
| 04/05/2007 | 119 | Joinder *John Danforth's Joinder to Defendants Rambus, Inc., Harold Hughes, Mark Horowitz, P. Michael Farmwald, and Kevin Kennedy's Opposition to Plaintiff's Motion to Lift PSLRA Automatic Stay and Obtain Particularized Discovery* by John D. Danforth. (Rains, Darryl) (Filed on 4/5/2007) (Entered: 04/05/2007) |
| 04/17/2007 | 120 | Letter from Howard T. Longman, Esq. *to jointly request, along with Counsel for Rambus, Inc., that the hearing on the Motion of Lead Plaintiff to Partially Lift the PSLRA Automatic Stay and Obtain Particularized Discovery [Docket No. 88] be continued by one week.* (Longman, Howard) (Filed on 4/17/2007) (Entered: 04/17/2007) |
| 04/18/2007 | 121 | Reply Memorandum re 88 MOTION for Discovery *Notice of Motion and Motion of Lead Plaintiff to Partially Lift PSLRA Automatic Stay and Obtain Particularized Discovery; Memorandum of Points and Authorities in Support Thereof* filed byRonald L. Schwarcz. (Burke, Timothy) (Filed on 4/18/2007) (Entered: 04/18/2007) |
| 04/19/2007 | 122 | Joinder in Defendant Rambus Inc.'s 100 to Dismiss Plaintiff's Consolidated Amended Class Action Complaint filed by Geoffrey Tate. Motion Hearing set for 6/22/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (gm, COURT STAFF) (Filed on 4/19/2007) Modified on 4/20/2007 (gm, COURT STAFF). Additional attachment(s) added on 5/25/2007 (gm, COURT STAFF). (Entered: 04/20/2007) |
| 04/19/2007 | 123 | Declaration of Martin N. Gelfand in Support of 122 MOTION for Joinder filed byGeoffrey Tate. (Related document(s)122) (gm, COURT STAFF) (Filed on 4/19/2007) Additional attachment(s) added on 5/25/2007 (gm, COURT STAFF). (Entered: 04/20/2007) |
| 04/20/2007 | 124 | CLERK'S NOTICE re: Failure to E-File Joinder and Supporting Declaration or Failure to Register as an E-Filer (gm, COURT STAFF) (Filed on 4/20/2007) (Entered: 04/20/2007) |
| 04/25/2007 | 125 | CLERK'S NOTICE Continuing Motion Hearing Motion Hearing set for 6/29/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (jfsec, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/25/2007) |
| 04/25/2007 | 126 | MOTION for Attorney Michael L. Braunstein for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 5461100855.) filed by Ronald L. Schwarcz. (gm, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/26/2007) |

| 04/25/2007 | | Received Order re [126] MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 5461100855.) by Ronald L. Schwarcz. (gm, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/26/2007) |
| --- | --- | --- |
| 04/27/2007 | 129 | ORDER by Judge Jeremy Fogel granting [126] Motion for Attorney Michael L. Braunstein for Admission Pro Hac Vice (gm, COURT STAFF) (Filed on 4/27/2007) (Entered: 05/01/2007) |
| 04/30/2007 | 127 | MOTION to Related Case *(Relating Kelley Action to In Re Rambus Inc. Securities Litigation)* filed by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Attachments: # 1 Proposed Order)(Salceda, Ignacio) (Filed on 4/30/2007) (Entered: 04/30/2007) |
| 04/30/2007 | 128 | CERTIFICATE OF SERVICE by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes re 127 MOTION to Related Case *(Relating Kelley Action to In Re Rambus Inc. Securities Litigation)* (Salceda, Ignacio) (Filed on 4/30/2007) (Entered: 04/30/2007) |
| 05/01/2007 | 130 | NOTICE of Appearance by Anthony I. Fenwick *, Jill Zimmerman and Cheryl Viirand* (Fenwick, Anthony) (Filed on 5/1/2007) (Entered: 05/01/2007) |
| 05/01/2007 | 131 | Certificate of Interested Entities *or Persons for PricewaterhouseCoopers, LLP* (Fenwick, Anthony) (Filed on 5/1/2007) (Entered: 05/01/2007) |
| 05/01/2007 | 133 | MOTION for Attorney Namita Wahi for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 5461100904.) filed by PricewaterhouseCoopers. (gm, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/01/2007 | | Received Order re [133] MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 5461100904.) by PricewaterhouseCoopers. (gm, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/01/2007 | 134 | MOTION for Attorney James H.R. Windels for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 5461100904.) filed by PricewaterhouseCoopers. (gm, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/01/2007 | | Received Order re [134] MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 5461100904.) by PricewaterhouseCoopers. (gm, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/02/2007 | 132 | CLERK'S NOTICE Continuing Motion to Partially Lift PSLRA Stay and Obtain Certain Discovery Motion Hearing set for 5/2/2007 01:30 PM. (jfsec, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/02/2007) |
| 05/02/2007 | 135 | Minute Entry: Motion Hearing held on 5/2/2007 before Judge Jeremy Fogel (Date Filed: 5/2/2007) re 88 MOTION to Partially Lift PSLRA Automatic Stay. The motion is taken under submission. (Court Reporter |

| | | |
|---|---|---|
| | | Lee-Anne Shortridge.) (dlm, COURT STAFF) (Date Filed: 5/2/2007) (Entered: 05/03/2007) |
| 05/04/2007 | 136 | ORDER by Judge Jeremy Fogel granting [133] Motion for Attorney Namita Wahi for Admission Pro Hac Vice (gm, COURT STAFF) (Filed on 5/4/2007) (Entered: 05/07/2007) |
| 05/04/2007 | 137 | ORDER by Judge Jeremy Fogel granting [134] Motion for Attorney James H.R. Windels for Admission Pro Hac Vice (gm, COURT STAFF) (Filed on 5/4/2007) (Entered: 05/07/2007) |
| 05/07/2007 | 138 | MOTION to Dismiss *Plaintiffs' Consolidated Amended Class Action Complaint* filed by PricewaterhouseCoopers. Motion Hearing set for 6/29/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Zimmerman, Jill) (Filed on 5/7/2007) (Entered: 05/07/2007) |
| 05/07/2007 | 139 | Declaration of Jill Zimmerman in Support of 138 MOTION to Dismiss *Plaintiffs' Consolidated Amended Class Action Complaint* filed byPricewaterhouseCoopers. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Related document(s)138) (Zimmerman, Jill) (Filed on 5/7/2007) (Entered: 05/07/2007) |
| 05/07/2007 | 140 | Proposed Order re 139 Declaration in Support,, 138 MOTION to Dismiss *Plaintiffs' Consolidated Amended Class Action Complaint* by PricewaterhouseCoopers. (Zimmerman, Jill) (Filed on 5/7/2007) (Entered: 05/07/2007) |
| 05/09/2007 | 141 | TRANSCRIPT of Proceedings held on May 2, 2007 before Judge Jeremy Fogel. Court Reporter: Lee-Anne Shortridge.. (gm, COURT STAFF) (Filed on 5/9/2007) (Entered: 05/10/2007) |
| 05/14/2007 | 142 | NOTICE of Change of Address by Laurie Adrea Traktman, Esq (Traktman, Laurie) (Filed on 5/14/2007) (Entered: 05/14/2007) |
| 05/14/2007 | 143 | ORDER BY JUDGE JEREMY FOGEL DENYING 88 PLAINTIFFS' MOTION TO LIFT THE PSLRA DISCOVERY STAY. (jflc2, COURT STAFF) (Filed on 5/14/2007) (Entered: 05/14/2007) |
| 05/14/2007 | 144 | ORDER BY JUDGE JEREMY FOGEL GRANTING 127 MOTION TO RELATE CASES. (jflc2, COURT STAFF) (Filed on 5/14/2007) (Entered: 05/14/2007) |
| 05/16/2007 | 145 | CLERK'S NOTICE Continuing Motion Hearing Motion to Dismiss Hearing rescheduled for 6/27/2007 01:30 PM in Courtroom 3, 5th Floor, San Jose. (jfsec, COURT STAFF) (Filed on 5/16/2007) (Entered: 05/16/2007) |
| 05/16/2007 | 146 | CLERK'S NOTICE Case Management Conference set for 6/27/2007 01:30 PM. (jfsec, COURT STAFF) (Filed on 5/16/2007) (Entered: 05/16/2007) |
| 05/17/2007 | 147 | STIPULATION *AND [PROPOSED] ORDER TAKING OFF CALENDAR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* by P. |

| | | Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Salceda, Ignacio) (Filed on 5/17/2007) (Entered: 05/17/2007) |
|---|---|---|
| 05/21/2007 | 148 | ORDER GRANTING STIPULATED REQUEST TO TAKE MOTIONS TO DISMISS OFF CALENDAR re 147 Stipulation, filed by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Harold Hughes, Rambus, Inc., . Signed by Judge Jeremy Fogel on 5/21/07. (jfsec, COURT STAFF) (Filed on 5/21/2007) (Entered: 05/21/2007) |
| 05/29/2007 | 149 | NOTICE of Appearance by David Siegel *, Martin N. Gelfand, John C. Hueston, Garland A. Kelley, and Alexander L. Karpman as counsel for Defendant Geoff Tate* (Siegel, David) (Filed on 5/29/2007) (Entered: 05/29/2007) |
| 05/29/2007 | 150 | Defendant Geoff Tate's Certification of Interested Entities or Persons Pursuant to Civ. L.R. 3-16 (Siegel, David) (Filed on 5/29/2007) Text modified on 5/30/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 05/29/2007) |
| 06/01/2007 | 151 | **PLEASE DISREGARD. DOCKETED IN ERROR** Minute Entry: Further Case Management Conference held on 6/1/2007 before Judge Jeremy Fogel (Date Filed: 6/1/2007). Further Case Management Conference set for 8/3/2007 10:30 AM. (Court Reporter Jana Ridenour.) (dlm, COURT STAFF) (Date Filed: 6/1/2007) Modified on 6/6/2007 (dlm, COURT STAFF). (Entered: 06/04/2007) |
| 06/11/2007 | 152 | CLERK'S NOTICE Case Management Conferences set for 8/3/2007 10:30 AM. (jfsec, COURT STAFF) (Filed on 6/11/2007) (Entered: 06/11/2007) |
| 06/21/2007 | 153 | STIPULATION *AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Salceda, Ignacio) (Filed on 6/21/2007) (Entered: 06/21/2007) |
| 06/26/2007 | 154 | ORDER GRANTING STIPULATED REQUEST REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS re (153 in 5:06-cv-04346-JF) Stipulation, filed by P. Michael Farmwald, Harold Hughes, Rambus, Inc., Mark Horowitz, Kevin Kennedy (jfsec, COURT STAFF) (Filed on 6/26/2007) (Entered: 06/26/2007) |
| 07/11/2007 | 155 | CLERK'S NOTICE Case Management Conference rescheduled for 9/7/2007 10:30 AM. (jfsec, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/11/2007) |
| 08/06/2007 | 156 | STATUS REPORT *REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Salceda, Ignacio) (Filed on 8/6/2007) (Entered: |

| | | 08/06/2007) |
|---|---|---|
| 08/24/2007 | 157 | JOINT CASE MANAGEMENT STATEMENT filed by P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Rambus, Inc., Harold Hughes. (Attachments: # 1 Exhibit A)(Salceda, Ignacio) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/28/2007 | 158 | Certificate of Interested Entities by Donald P. Gagliardi (Gagliardi, Donald) (Filed on 8/28/2007) (Entered: 08/28/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/05/2007 06:23:21 | | | |
| **PACER Login:** | dp0007 | **Client Code:** | 98000-500 |
| **Description:** | Docket Report | **Search Criteria:** | 5:06-cv-04346-JF |
| **Billable Pages:** | 16 | **Cost:** | 1.28 |