ADRMOP, CONSOL, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:07-cv-01238-JF

| | |
|---|---|
| Kelley et al v. Rambus, Inc. et al | Date Filed: 03/01/2007 |
| Assigned to: Hon. Jeremy Fogel | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Howard R. Lloyd | Nature of Suit: 160 Stockholders Suits |
| Member case: (View Member Case) | Jurisdiction: Federal Question |
| Relate Case Case: 5:06-cv-04346-JF | |
| Cause: 28:1331 Fed. Question: Anti-trust | |

**Plaintiff**

**James M Kelley**                 represented by   **James M Kelley**
                                                    14390 Douglass Lane
                                                    Saratoga, CA 95070
                                                    408-867-3395
                                                    Fax: 408-872-1464
                                                    PRO SE

**Plaintiff**

**Miki W. Larsson**                represented by   **Miki W. Larsson**
                                                    14390 Douglass Lane
                                                    Saratoga, CA 95070
                                                    408-867-3395
                                                    Fax: 408-872-1464
                                                    PRO SE

**Plaintiff**

**Douglas B. Kelley**              represented by   **Douglas B. Kelley**
                                                    1887 Saint Andrews Place
                                                    San Jose, CA 95132
                                                    408-929-2142/209-4718
                                                    Fax: 408-567-0455
                                                    PRO SE

V.

**Defendant**

**Rambus, Inc.**                   represented by   **Ignacio Evaristo Salceda**
                                                    Wilson Sonsini Goodrich & Rosati
                                                    650 Page Mill Road
                                                    Palo Alto, CA 94304-1050
                                                    650-493-9300
                                                    Fax: 650-565-5100
                                                    Email: isalceda@wsgr.com
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Pricewaterhousecoopers, LLP**          represented by   **Anthony I. Fenwick**
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, CA 94025
650-752-2015
Fax: 650-752-2111
Email: anthony.fenwick@dpw.com
*ATTORNEY TO BE NOTICED*

**Brooke A. Grossman**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4000
*ATTORNEY TO BE NOTICED*

**Cheryl Thomae Viirand**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4688
Fax: 212-450-5576
Email: cheryl.viirand@dpw.com
*ATTORNEY TO BE NOTICED*

**James H.R. Windels**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4000
*ATTORNEY TO BE NOTICED*

**Jill R. Zimmerman**
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, CA 94025
650-752-2060
Fax: 650-752-3660
Email: jill.zimmerman@dpw.com
*ATTORNEY TO BE NOTICED*

**M. Elizabeth Parr**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4000
*ATTORNEY TO BE NOTICED*

**Namita Wahi**

Davis Polk and Wardwell
Litigation
450 Lexington Avenue
New York, NY 10017
212-450-4954
Fax: 212-450-3954
Email: namita.wahi@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Geoffrey Tate**                    represented by  **David Siegel**
Irell & Manella LLP
1800 Avenue of the Stars Ste 900
Los Angeles, CA 90067
310-277-1010
Email: dsiegel@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Louis Karpman**
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-203-7029
Fax: 310-203-7199
Email: akarpman@irell.com
*ATTORNEY TO BE NOTICED*

**Garland Aycuff Kelley**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-203-7968
Fax: 310-203-7199
Email: GKelley@irell.com
*ATTORNEY TO BE NOTICED*

**John Charles Hueston**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310-277-1010
Fax: 310-203-7199
Email: jhueston@irell.com
*ATTORNEY TO BE NOTICED*

**Martin N. Gelfand**

Irell & Manella LLP
1800 Avenue of the Stars
Ste 900
Los Angeles, CA 90067-4276
(310) 277-1010 x7616
Fax: 310-203-7199
Email: mgelfand@irell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Mooring**                    represented by **Donald P. Gagliardi**
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
408-291-6200
Fax: 408-297-6000
Email: dgagliardi@be-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Horowitz**                    represented by **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Michael Farmwald**            represented by **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce S. Dunlevie**                represented by **Justin S. Chang**
Shearman & Sterling LLP
525 Market Street
Suite 1500
San Francisco, CA 94105-2723
415-616-1100
Fax: 415-616-1199
Email: jchang@shearman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward H. Larsen**                 represented by **Steve Shea Kaufhold**
Akin Gump Strauss Hauer & Feld LLP
580 California Street
15th Floor
San Francisco, CA 94104
415-765-9500
Fax: 415-765-9501
Email: skaufhold@akingump.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**William Davidow**                    represented by    **Justin S. Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Eulau**                       represented by    **Felix Shih-Young Lee**
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
650-988-8500
Fax: 650-938-5200
Email: flee@fenwick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Samuels Muck**
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
415-875-2325
Fax: 415-281-1350
Email: smuck@fenwick.com
*LEAD ATTORNEY*

**Jay L. Pomerantz**
Fenwick & West
801 California Street
Mountain View, CA 94041
650-988-8500
Fax: 650-938-5200
Email: jpomerantz@fenwick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Danforth**                      represented by    **Darryl Paul Rains**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
650-813-5600
Fax: 650-494-0792
Email: drains@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Laura Zeller**
Morrison & Foerster LLP

755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Email: szeller@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Kennedy**                represented by    **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Geschke**              represented by    **Justin S. Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Bentley**               represented by    **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Schroeder**            represented by    **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sharon Holt**                  represented by    **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Donnnelly**              represented by    **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laura Stark**                  represented by    **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abraham Sofaer**               represented by    **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harold Hughes**                represented by    **Ignacio Evaristo Salceda**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samir Patel**                represented by   **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Subodh Toprani**             represented by   **Ignacio Evaristo Salceda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wilson Sonsini Goodrich Rosati, LLP**   represented by   **Jonathan R. Bass**
Coblentz Patch Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
415/391-4800
Fax: 415-989-1663
Email: EfilingJRB@cpdb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2007 | 1 | Private Securities COMPLAINT for Violation of Federal Securities Laws and California and Delaware State Laws (NO PROCESS); jury demand; against all defendants ( Filing fee $ 350, receipt number 54611000551.). Filed by James M Kelley, Miki W. Larsson. (bw, COURT STAFF) (Filed on 3/1/2007) (Entered: 03/02/2007) |
| 03/01/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 5/29/2007. Order Setting Initial Case Management Conference set for 6/5/2007 02:00 PM; ([2]) Standing Order for all Judges of the Northern District of California; Standing Order Regarding CM in Civil Cases San Jose Judges; and Standing Order for Civil Practice in Cases Assigned for all Purposes to Judge Trumbull. (bw, COURT STAFF) (Filed on 3/1/2007) Modified on 3/9/2007 (bw, COURT STAFF). (Entered: 03/02/2007) |
| 03/08/2007 | 3 | Declination to Proceed Before a U.S. Magistrate Judge by James M Kelley, Miki W. Larsson. (bw, COURT STAFF) (Filed on 3/8/2007) (Entered: 03/08/2007) |
| 03/09/2007 | 4 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT Case Management Conference set for 6/8/2007 10:30 AM Before Honorable Ronald M. Whyte. Case Management Statement due by 6/1/2007. (cm, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/09/2007) |
| 03/09/2007 | 5 | ORDER REASSIGNING CASE. Case reassigned to District Judge |

| | | |
|---|---|---|
| | | Ronald M. Whyte for all further proceedings and Magistrate Patricia V. Trumbull remains the Referral Judge for this case. Signed by the Executive Committee on 3/9/07. (srm, COURT STAFF) (Filed on 3/9/2007) Additional attachment(s) added on 3/9/2007 (srm, COURT STAFF). (Entered: 03/09/2007) |
| 04/05/2007 | 6 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Rambus, Inc. waiver sent on 3/15/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 7 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Thomas Bentley waiver sent on 3/15/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 8 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Kevin Donnnelly waiver sent on 3/15/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 9 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Paul Michael Farmwald waiver sent on 3/15/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 10 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Sharon Holt waiver sent on 3/15/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 11 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Mark Horowitz waiver sent on 3/15/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 12 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. *Harold Hughes served.* (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 13 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Kevin Kennedy waiver sent on 3/15/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 14 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Michael Schroeder waiver sent on 3/15/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 15 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Abraham Sofaer waiver sent on 3/15/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: |

| | | |
|---|---|---|
| | | 04/10/2007) |
| 04/05/2007 | 16 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Laura Stark waiver sent on 3/23/2007, answer due 5/22/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 17 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Robert Eulau waiver sent on 3/5/2007, answer due 5/4/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/05/2007 | 18 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Pricewaterhouse Coopers, LLP waiver sent on 3/13/2007, answer due 5/14/2007. (dhm, COURT STAFF) (Filed on 4/5/2007) (Entered: 04/10/2007) |
| 04/13/2007 | 19 | REQUEST FOR WAIVER of Service of Summons sent to John Danforth of Rambus, Inc. on 3/8/7 by James M Kelley. (bw, COURT STAFF) (Filed on 4/13/2007) (Entered: 04/13/2007) |
| 04/13/2007 | 20 | REQUEST FOR WAIVER of Service of Summons sent to Bruce Dunlevie, Charles Geschke, William Davidow of Rambus, Inc on 3/9/7 by James M Kelley. (bw, COURT STAFF) (Filed on 4/13/2007) (Entered: 04/13/2007) |
| 04/25/2007 | 21 | FIRST AMENDED COMPLAINT; Jury Demand; against Harold Hughes, Samir Patel, Subodh Toprani, Wilson Sonsini Goodrich Rosati, LLP, Bruce S. Dunlevie, Edward H. Larsen, William Davidow, Robert Eulau, John Danforth, Kevin Kennedy, Charles Geschke, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Abraham Sofaer, Rambus, Inc., Pricewaterhouse Coopers, LLP, Geoffrey Tate, David Mooring, Mark Horowitz, Paul Michael Farmwald. Filed byJames M Kelley, Miki W. Larsson. (dhm, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/27/2007) |
| 04/25/2007 | 22 | WAIVER OF SERVICE Returned Executed filed by James M Kelley, Miki W. Larsson. Service waived by Geoffrey Tate waiver sent on 4/4/2007, answer due 6/4/2007. (dhm, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/27/2007) |
| 04/30/2007 | 23 | MOTION to Related Case *(Relating Kelley Action to In Re Rambus Inc. Securities Litigation)* filed by Kevin Kennedy, Rambus, Inc., Harold Hughes, Mark Horowitz, Paul Michael Farmwald. (Attachments: # 1 Proposed Order)(Salceda, Ignacio) (Filed on 4/30/2007) (Entered: 04/30/2007) |
| 04/30/2007 | 24 | CERTIFICATE OF SERVICE by Kevin Kennedy, Rambus, Inc., Harold Hughes, Mark Horowitz, Paul Michael Farmwald re 23 MOTION to Related Case *(Relating Kelley Action to In Re Rambus Inc. Securities Litigation)* (Salceda, Ignacio) (Filed on 4/30/2007) (Entered: 04/30/2007) |
| 04/30/2007 | 25 | ADMINISTRATIVE MOTION to Related Case C00-20905 RMW, C06- |

|  |  | 00244 RMW, C05-02298 RMW, C06-4853 RMW, C06-4346 JF filed by James M Kelley, Miki W. Larsson. (dhm, COURT STAFF) (Filed on 4/30/2007) (Entered: 05/01/2007) |
|---|---|---|
| 05/03/2007 | 26 | ORDER by Judge Ronald M. Whyte Denying [25] Plaintiffs' Motion to Relate Cases (rmwlc1, COURT STAFF) (Filed on 5/3/2007) (Entered: 05/03/2007) |
| 05/08/2007 | 27 | SECOND AMENDED COMPLAINT; Jury Demand; against Bruce S. Dunlevie, Edward H. Larsen, William Davidow, Robert Eulau, John Danforth, Kevin Kennedy, Charles Geschke, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Abraham Sofaer, Rambus, Inc., Pricewaterhouse Coopers, LLP, Harold Hughes, Geoffrey Tate, Samir Patel, Subodh Toprani, Wilson Sonsini Goodrich Rosati, LLP, David Mooring, Mark Horowitz, Paul Michael Farmwald. Filed byJames M Kelley, Miki W. Larsson. (dhm, COURT STAFF) (Filed on 5/8/2007) (Entered: 05/09/2007) |
| 05/08/2007 | 28 | NOTICE of Appearance of Counsel for Defendant John Danforth (dhm, COURT STAFF) (Filed on 5/8/2007) (Entered: 05/09/2007) |
| 05/08/2007 | 29 | Certificate of Interested Entities or Persons, filed by John Danforth. (dhm, COURT STAFF) (Filed on 5/8/2007) (Entered: 05/09/2007) |
| 05/08/2007 | 30 | CERTIFICATE OF SERVICE by John Danforth re [29] Certificate of Interested Entities, [28] Notice of Appearance (dhm, COURT STAFF) (Filed on 5/8/2007) (Entered: 05/09/2007) |
| 05/11/2007 | 34 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e-file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (gm, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/18/2007) |
| 05/14/2007 | 33 | THIRD AMENDED COMPLAINT against Bruce S. Dunlevie, Edward H. Larsen, William Davidow, Robert Eulau, John Danforth, Kevin Kennedy, Charles Geschke, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Abraham Sofaer, Rambus, Inc., Pricewaterhouse Coopers, LLP, Harold Hughes, Geoffrey Tate, Samir Patel, Subodh Toprani, Wilson Sonsini Goodrich Rosati, LLP, David Mooring, Mark Horowitz, Paul Michael Farmwald. Filed byJames M Kelley, Miki W. Larsson. (gm, COURT STAFF) (Filed on 5/14/2007) (Entered: 05/16/2007) |
| 05/15/2007 | 31 | Pursuant to Order Granting Motion to Relate Cases in case 06-4346-JF Case Reassigned to District Judge Jeremy Fogel for all further proceedings and Magistrate Howard R. Lloyd for Discovery Matters. Judge Ronald M. Whyte, Patricia V. Trumbull no longer assigned to the case. (srm, COURT STAFF) (Filed on 5/15/2007) Additional attachment |

|  |  | (s) added on 5/15/2007 (srm, COURT STAFF). (Entered: 05/15/2007) |
|---|---|---|
| 05/15/2007 | 32 | MOTION to Require Plaintiffs to Obtain Leave of Court Before Filing Further Amended Complaints filed by Rambus, Inc.. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Salceda, Ignacio) (Filed on 5/15/2007) (Entered: 05/15/2007) |
| 05/18/2007 | 36 | Reply to 32 Motion to Require Plaintiffs to Obtain Leave of the Court before filing further Amended Complaint filed byJames M Kelley, Miki W. Larsson. (gm, COURT STAFF) (Filed on 5/18/2007) (Entered: 05/21/2007) |
| 05/21/2007 | 35 | ORDER by Judge Jeremy Fogel granting 32 Motion to Require Plaintiffs to Obtain Leave of Court or Consent of Defendants Before Filing Further Amended Complaints (jflc1, COURT STAFF) (Filed on 5/21/2007) (Entered: 05/21/2007) |
| 05/25/2007 | 37 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 5/25/2007) (Entered: 05/25/2007) |
| 05/29/2007 | 38 | NOTICE of Appearance by David Siegel , Martin N. Gelfand, John C. Hueston, Garland A. Kelley, and Alexander L. Karpman as counsel for Defendant Geoff Tate (Siegel, David) (Filed on 5/29/2007) (Entered: 05/29/2007) |
| 05/29/2007 | 39 | Defendant Geoff Tate's Certification of Interested Entities or Persons Pursuant to Civ. L.R. 3-16 (Siegel, David) (Filed on 5/29/2007) Text modified on 5/30/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 05/29/2007) |
| 05/30/2007 | 40 | ORDER RELATING CASES. Signed by Judge Jeremy Fogel on 5/23/07. (dlm, COURT STAFF) (Filed on 5/30/2007) (Entered: 05/30/2007) |
| 06/01/2007 | 41 | STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS OF RAMBUS DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT AND OF PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFENDANTS' MOTION TO DISMISS by Kevin Kennedy, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Abraham Sofaer, Rambus, Inc.., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. (Attachments: # 1 Certificate of Service)(Salceda, Ignacio) (Filed on 6/1/2007) (Entered: 06/01/2007) |
| 06/01/2007 | 42 | Minute Entry: Further Case Management Conference held on 6/1/2007 before Judge Jeremy Fogel (Date Filed: 6/1/2007). Further Case Management Conference set for 8/3/2007 10:30 AM. (Court Reporter Jana Ridenour.) (dlm, COURT STAFF) (Date Filed: 6/1/2007) (Entered: 06/04/2007) |
| 06/04/2007 | 43 | Rule 7.1 Disclosuire Statement and Civil Local Rule 3-16 Certification Interested Entities or Persons for Pricewaterhousecoopers, LLP |

| | | |
|---|---|---|
| | | (Fenwick, Anthony) (Filed on 6/4/2007) Text modified on 6/5/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 06/04/2007) |
| 06/04/2007 | 44 | Defendant Pricewaterhousecoopers, LLP's Notice of Motion and Motion to Dismiss Plaintiffs' Third Amended Complaint; Memorandum of Points and Authorities filed by Pricewaterhousecoopers, LLP. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Viirand, Cheryl) (Filed on 6/4/2007) modified on 6/5/2007 (bw, COURT STAFF). Modified on 7/18/2007 (dlm, COURT STAFF). (Entered: 06/04/2007) |
| 06/04/2007 | 45 | Declaration of Cheryl Thomae Viirand in Support of Pricewaterhousecoopers, LLP's Motion to Dismiss Plaintiff's Third Amended Complaint 44 filed by Pricewaterhousecoopers, LLP. (Attachments: # 1 Exhibit Ex. 1 2004 Rambus 10-K# 2 Exhibit Ex. 2 2006 Proxy Statement)(Related document(s)44) (Viirand, Cheryl) (Filed on 6/4/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 06/04/2007) |
| 06/04/2007 | 46 | (Proposed) Order Granting Defendant Pricewaterhousecoopers, LLP's Motion to Dismiss Plaintiffs' Third Amended Complaint re 44 by Pricewaterhousecoopers, LLP. (Viirand, Cheryl) (Filed on 6/4/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 06/04/2007) |
| 06/04/2007 | 47 | Rambus Defendant's Notice of Motion and Motion to Dismiss Third Amended Complaint and Memorandum of Points and Authorities filed by Kevin Kennedy, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Abraham Sofaer, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Attachments: # 1 Proposed Order)(Salceda, Ignacio) (Filed on 6/4/2007) modified on 6/5/2007 (bw, COURT STAFF). Modified on 7/18/2007 (dlm, COURT STAFF). (Entered: 06/04/2007) |
| 06/04/2007 | 48 | Request for Judicial Notice re 47 MOTION to Dismiss *Third Amended Complaint and Memorandum of Points and Authorities* filed byKevin Kennedy, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Abraham Sofaer, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. (Related document(s)47) (Salceda, Ignacio) (Filed on 6/4/2007) (Entered: 06/04/2007) |
| 06/04/2007 | 49 | Declaration of Betty Chang Rowe in Support of Rambus Defendant's Notice of Motion and Motion to Dismiss Third Amended Complaint 47, 48 filed by Kevin Kennedy, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Abraham Sofaer, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D; Part 1 of 2# 5 Exhibit D; Part 2 of 2# 6 Exhibit E; Part 1 of 2# 7 Exhibit E; Part 2 of 2# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I# 12 Exhibit J# 13 Exhibit K# 14 Exhibit L# 15 Exhibit M# 16 Exhibit N# 17 Exhibit O# 18 Exhibit P# 19 Exhibit Q# 20 Exhibit R# |

| | | |
|---|---|---|
| | | 21 Exhibit S# 22 Exhibit T# 23 Exhibit U# 24 Exhibit V# 25 Exhibit W# 26 Exhibit X; Part 1 of 2# 27 Exhibit X; Part 2 of 2# 28 Exhibit Y# 29 Exhibit Z# 30 Exhibit AA; Part 1 of 2# 31 Exhibit AA; Part 2 of 2# 32 Exhibit BB# 33 Exhibit CC)(Related document(s)47, 48) (Salceda, Ignacio) (Filed on 6/4/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 06/04/2007) |
| 06/04/2007 | 50 | CERTIFICATE OF SERVICE re 49, 47, and , 48 by Kevin Kennedy, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Abraham Sofaer, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald (Salceda, Ignacio) (Filed on 6/4/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 06/04/2007) |
| 06/04/2007 | 51 | John Danforth's Motion to Dismiss Third Amended Complaint filed by John Danforth. Motion Hearing set for 9/7/2007 09:00 AM. (Attachments: # 1 Proposed Order)(Rains, Darryl) (Filed on 6/4/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 06/04/2007) |
| 06/04/2007 | 52 | Declaration of Stephanie L. Zeller in Support of MOTION to Dismiss Third Amended Complaint 51 filed by John Danforth. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M)(Related document(s)51) (Rains, Darryl) (Filed on 6/4/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 06/04/2007) |
| 06/04/2007 | 53 | CERTIFICATE OF SERVICE by John Danforth re 51, 52 (Rains, Darryl) (Filed on 6/4/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 06/04/2007) |
| 06/05/2007 | 54 | ORDER GRANTING STIPULATED REQUEST TO EXTEND PAGE LIMITS re 41 Stipulation, filed by Sharon Holt, Subodh Toprani, Thomas Bentley, Laura Stark, Mark Horowitz, Kevin Kennedy, Samir Patel, Abraham Sofaer, Harold Hughes, Rambus, Inc., Kevin Donnnelly, Paul Michael Farmwald, Michael Schroeder. Signed by Judge Jeremy Fogel on 6/4/07. (jfsec, COURT STAFF) (Filed on 6/5/2007) Modified on 6/5/2007 (jfsec, COURT STAFF). (Entered: 06/05/2007) |
| 06/05/2007 | 55 | Notice of Joinder of Defendants William Davidow, Bruce Dunlevie and Charles Geschke to Rambus Inc.'s Motion to Dismiss Third Amended Complaint and Memorandum of Points and Authorities filed by Bruce S. Dunlevie, William Davidow, Charles Geschke. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Chang, Justin) (Filed on 6/5/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 06/05/2007) |
| 06/05/2007 | 56 | Declaration of Justin S. Chang in Support of Joinder of Defendants William Davidow, Bruce Dunlevie and Charles Geschke to Rambus Inc.'s Motion to Dismiss Third Amended Complaint and Memorandum of Points and Authorities re 55 filed by Bruce S. Dunlevie, William Davidow, Charles Geschke. (Attachments: # 1 Exhibit A)(Related |

|  |  |  |
|---|---|---|
|  |  | document(s)55) (Chang, Justin) (Filed on 6/5/2007) Modified on 6/5/2007 (bw, COURT STAFF). (Entered: 06/05/2007) |
| 06/05/2007 | 57 | Certificate of Defendants William Davidow, Bruce Dunlevie, and Charles Geschke of Interested Entities or Persons Pursuant to Civ. L.R. 3-16 (Chang, Justin) (Filed on 6/5/2007) Text modified on 6/6/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 06/05/2007) |
| 06/05/2007 | 58 | Defendant Geoff Tate's Notice of Joinder and Joinder in Defendant Rambus Inc.'s Motion to Dismiss Plaintiffs' Third Amended Complaint filed by Geoffrey Tate. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Gelfand, Martin) (Filed on 6/5/2007) modified on 6/6/2007 (bw, COURT STAFF). Modified on 7/18/2007 (dlm, COURT STAFF). (Entered: 06/05/2007) |
| 06/05/2007 | 59 | Declaration of Martin N. Gelfand in Support of Defendant Geoff Tate's Notice of Joinder and Joinder in Defendant Rambus Inc.'s Motion to Dismiss Plaintiffs' Third Amended Complaint re 58 filed by Geoffrey Tate. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Related document(s)58) (Gelfand, Martin) (Filed on 6/5/2007) Text modified on 6/6/2007 to conform to document caption post by counsel (bw, COURT STAFF). ). (Entered: 06/05/2007) |
| 06/05/2007 | 60 | Declaration of Martin N. Gelfand Pursuant to General Order 45 VI (E)re 58, 59 filed by Geoffrey Tate. (Related document(s)58, 59) (Gelfand, Martin) (Filed on 6/5/2007) Text modified on 6/6/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 06/05/2007) |
| 06/05/2007 | 61 | CERTIFICATE OF SERVICE re(55), (56), and (57) by Bruce S. Dunlevie, William Davidow, Charles Geschke (Chang, Justin) (Filed on 6/5/2007) Text modified on 6/6/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 06/05/2007) |
| 06/05/2007 | 62 | (1) Defendant Robert K. Eulau's Notice of Motion and Motion to Dismiss Plaintiffs' Third Amended Complaint and Memorandum of Points and Authorities in Support Thereof and (2) Joinder in the Rambus Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint filed by Robert Eulau. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Lee, Felix) (Filed on 6/5/2007) Text modified on 6/6/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 06/05/2007) |
| 06/05/2007 | 63 | CERTIFICATE OF SERVICE by Geoffrey Tate re 58, 60, and 59 (Gelfand, Martin) (Filed on 6/5/2007) Text modified on 6/6/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 06/05/2007) |
| 06/05/2007 | 64 | Defendant Robert K. Eulau's Certification of Interested Entities or Persons Pursuant to Civ. L.R. 3-16 (Lee, Felix) (Filed on 6/5/2007) Text modified on 6/6/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 06/05/2007) |

| | | |
|---|---|---|
| 06/06/2007 | 65 | Defendant David Mooring's Joinder in Rambus Defendants' Motion to Dismiss Third Amended Complaint filed by David Mooring. Motion Hearing set for 9/7/2007 09:00 AM. (Gagliardi, Donald) (Filed on 6/6/2007) Text modified on 6/6/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 06/06/2007) |
| 06/06/2007 | 66 | Application for leave to appear in Pro Hac Vice for attorney James H. R. Windels ( Filing fee $ 210, receipt number 54611001110.) filed by Pricewaterhousecoopers, LLP. (bw, COURT STAFF) (Filed on 6/6/2007) Additional attachment(s) added on 6/6/2007 (bw, COURT STAFF). (Entered: 06/06/2007) |
| 06/06/2007 | 76 | Received (Proposed) Order Granting re (66) Application for leave to appear in Pro Hac Vice for attorney James H.R. Windels ( Filing fee $ 210, receipt number 5461100111.) by Pricewaterhousecoopers, LLP. (bw, COURT STAFF) (Filed on 6/6/2007) Additional attachment(s) added on 6/12/2007 (sv, COURT STAFF). (Entered: 06/06/2007) |
| 06/07/2007 | 67 | ORDER by Judge Jeremy Fogel granting 66 Application of James H.R. Windels for Pro Hac Vice. (dhm, COURT STAFF) (Filed on 6/7/2007) (Entered: 06/09/2007) |
| 06/07/2007 | 68 | WAIVER OF SERVICE Returned Executed filed by James M Kelley. Service waived by Wilson Sonsini Goodrich Rosati, LLP waiver sent on 4/27/2007, answer due 6/26/2007. (dhm, COURT STAFF) (Filed on 6/7/2007) (Entered: 06/09/2007) |
| 06/11/2007 | 69 | CLERK'S NOTICE Case Management Conferences set for 8/3/2007 10:30 AM. (jfsec, COURT STAFF) (Filed on 6/11/2007) (Entered: 06/11/2007) |
| 06/11/2007 | 70 | Application for leave to appear in Pro Hac Vice for attorney Brooke A. Grossman ( Filing fee $ 210, receipt number 54611001144) filed by Pricewaterhousecoopers, LLP. (bw, COURT STAFF) (Filed on 6/11/2007) Additional attachment(s) added on 6/12/2007 (sv, COURT STAFF). (Entered: 06/11/2007) |
| 06/11/2007 | 75 | Received (Proposed) Order Granting Application for Admission of Attorney Brooke A. Grossman Pro Hac Vice re 70 ( Filing fee $ 210, receipt number 5461100114.) by Pricewaterhousecoopers, LLP. (bw, COURT STAFF) (Filed on 6/11/2007) Additional attachment(s) added on 6/12/2007 (sv, COURT STAFF). (Entered: 06/11/2007) |
| 06/11/2007 | 71 | Application for leave to appear in Pro Hac Vice for Attorney Namita Wahi ( Filing fee $ 210, receipt number 54611001144) filed by Pricewaterhousecoopers, LLP. (bw, COURT STAFF) (Filed on 6/11/2007) Additional attachment(s) added on 6/12/2007 (sv, COURT STAFF). (Entered: 06/11/2007) |
| 06/11/2007 | 74 | Received (Proposed) Order Granting Application to appear in Pro Hac Vice for Attorney Namita Wahi re 71 ( Filing fee $ 210, receipt number 54611001144.) by Pricewaterhousecoopers, LLP. (bw, COURT STAFF) (Filed on 6/11/2007) Additional attachment(s) added on 6/12/2007 (sv, |

| | | COURT STAFF). (Entered: 06/11/2007) |
|---|---|---|
| 06/11/2007 | 72 | Application for leave to appear in Pro Hac Vice for Attorney M. Elizabeth Parr ( Filing fee $ 210, receipt number 54611001144) filed by Pricewaterhousecoopers, LLP. (bw, COURT STAFF) (Filed on 6/11/2007) Additional attachment(s) added on 6/12/2007 (sv, COURT STAFF). (Entered: 06/11/2007) |
| 06/11/2007 | 73 | Received (Proposed) Order Granding Document leave to appear in Pro Hac Vice for Attorney M. Elizabeth Parr re 72 ( Filing fee $ 210, receipt number 54611001144) by Pricewaterhousecoopers, LLP. (bw, COURT STAFF) (Filed on 6/11/2007) Additional attachment(s) added on 6/12/2007 (sv, COURT STAFF). (Entered: 06/11/2007) |
| 06/14/2007 | 77 | ORDER GRANTING REQUEST FOR M. ELIZABETH PARR TO APPEAR PRO HAC VICE by Judge Jeremy Fogel granting 72 Motion for Pro Hac Vice (jfsec, COURT STAFF) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/14/2007 | 78 | ORDER GRANTING REQUEST OF NAMITA WAHI TO APPEAR PRO HAC VICE by Judge Jeremy Fogel granting 71 Motion for Pro Hac Vice (jfsec, COURT STAFF) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/14/2007 | 79 | ORDER GRANTING REQUEST OF BROOKE A. GROSSMAN TO APPEAR PRO HAC VICE by Judge Jeremy Fogel granting 70 Motion for Pro Hac Vice (jfsec, COURT STAFF) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/18/2007 | 80 | MOTION for Extension of Time to File Answer *TO THIRD AMENDED COMPLAINT* filed by Wilson Sonsini Goodrich Rosati, LLP. (Bass, Jonathan) (Filed on 6/18/2007) (Entered: 06/18/2007) |
| 06/18/2007 | 81 | Declaration of JONATHAN R. BASS in Support of 80 MOTION for Extension of Time to File Answer *TO THIRD AMENDED COMPLAINT* filed byWilson Sonsini Goodrich Rosati, LLP. (Attachments: # 1 Exhibit EXHIBITS A-F)(Related document(s)80) (Bass, Jonathan) (Filed on 6/18/2007) (Entered: 06/18/2007) |
| 06/18/2007 | 82 | Proposed Order *GRANTING DEFENDANT WILSON SONSINI'S MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT* by Wilson Sonsini Goodrich Rosati, LLP. (Bass, Jonathan) (Filed on 6/18/2007) (Entered: 06/18/2007) |
| 06/18/2007 | 83 | CERTIFICATE OF SERVICE by Wilson Sonsini Goodrich Rosati, LLP (Bass, Jonathan) (Filed on 6/18/2007) (Entered: 06/18/2007) |
| 06/25/2007 | 84 | ORDER by Judge Jeremy Fogel denying as moot 80 Motion for Extension of Time to Answer (jflc3, COURT STAFF) (Filed on 6/25/2007) (Entered: 06/25/2007) |
| 06/25/2007 | 85 | MOTION to take the motion to dismiss hearing and response OFF Calendar re 44 MOTION to Dismiss *Plaintiffs' Third Amended* 51 *MOTION to Dismiss Third Amended Complaint,* 47 *MOTION to Dismiss Third Amended Complaint* 62 *MOTION to Dismiss Third Amended* |

|  |  |  |
|---|---|---|
|  |  | *Complaint filed by James M Kelley. (cv, COURT STAFF) (Filed on 6/25/2007) (Entered: 06/25/2007)* |
| 06/25/2007 |  | Proposed Order re [85] MOTION to take the motion to dismiss hearing and response OFF Calendar by James M Kelley. (cv, COURT STAFF) (Filed on 6/25/2007) (Entered: 06/25/2007) |
| 06/26/2007 | 86 | ORDER GRANTING STIPULATED REQUEST REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND REQUEST THAT THE MOTIONS TO DISMISS REMAIN OFF CALENDAR re (153 in 5:06-cv-04346-JF) Stipulation, filed by P. Michael Farmwald, Harold Hughes, Rambus, Inc., Mark Horowitz, Kevin Kennedy (jfsec, COURT STAFF) (Filed on 6/26/2007) Modified on 7/18/2007 (dlm, COURT STAFF). (Entered: 06/26/2007) |
| 07/02/2007 | 87 | ORDER by Judge Jeremy Fogel denying [85] Motion to take Motion to Dismiss Hearing Off Calendar as Moot (jflc3, COURT STAFF) (Filed on 7/2/2007) (Entered: 07/02/2007) |
| 07/11/2007 | 88 | CLERK'S NOTICE Case Management Conference rescheduled for 9/7/2007 10:30 AM. (jfsec, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/11/2007) |
| 07/13/2007 | 89 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Attachments: # 1 Certificate of Service)(Salceda, Ignacio) (Filed on 7/13/2007) (Entered: 07/13/2007) |
| 07/24/2007 | 90 | CONSOLIDATED COMPLAINT against Bruce S. Dunlevie, Edward H. Larsen, William Davidow, Robert Eulau, John Danforth, Kevin Kennedy, Charles Geschke, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnelly, Laura Stark, Abraham Sofaer, Rambus, Inc., Pricewaterhousecoopers, LLP, Harold Hughes, Geoffrey Tate, Samir Patel, Subodh Toprani, Wilson Sonsini Goodrich Rosati, LLP, David Mooring, Mark Horowitz, Paul Michael Farmwald. Filed byDouglas B. Kelley, James M Kelley, Miki W. Larsson. (gm, COURT STAFF) (Filed on 7/24/2007) (Entered: 07/26/2007) |
| 08/02/2007 | 91 | MOTION for Judicial Notice of Attached Documents and Declaration of Douglas Kelley in support of Consolidated Complaint filed by James M Kelley, Douglas B. Kelley. (gm, COURT STAFF) (Filed on 8/2/2007) (Entered: 08/03/2007) |
| 08/10/2007 | 92 | STIPULATION *AND [PROPOSED] ORDER EXTENDING PAGE LIMITS OF RAMBUS DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT AND OF PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFENDANTS' MOTION TO DISMISS* by Kevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. (Attachments: # 1 Certificate of Service)(Salceda, Ignacio) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 93 | NOTICE OF MOTION AND MOTION to Dismiss *Consolidated* |

| | | |
|---|---|---|
| | | *Complaint, Memorandum of Points and Authorities in support* filed by Wilson Sonsini Goodrich Rosati, LLP. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Bass, Jonathan) (Filed on 8/10/2007) Modified on 8/13/2007 (gm, COURT STAFF). (Entered: 08/10/2007) |
| 08/10/2007 | 94 | Request for Judicial Notice re 93 MOTION to Dismiss *Consolidated Complaint* filed byWilson Sonsini Goodrich Rosati, LLP. (Related document(s)93) (Bass, Jonathan) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 95 | EXHIBITS *A to 94 Request for Judicial Notice* filed byWilson Sonsini Goodrich Rosati, LLP. (Bass, Jonathan) (Filed on 8/10/2007) Modified on 8/13/2007 (gm, COURT STAFF). (Entered: 08/10/2007) |
| 08/10/2007 | 96 | Proposed Order *Granting 93 Motion to Dismiss Consolidated Complaint* by Wilson Sonsini Goodrich Rosati, LLP. (Bass, Jonathan) (Filed on 8/10/2007) Modified on 8/13/2007 (gm, COURT STAFF). (Entered: 08/10/2007) |
| 08/10/2007 | 97 | CERTIFICATE OF SERVICE 93, 94, 95 and 96 by Wilson Sonsini Goodrich Rosati, LLP (Bass, Jonathan) (Filed on 8/10/2007) Modified on 8/13/2007 (gm, COURT STAFF). (Entered: 08/10/2007) |
| 08/10/2007 | 98 | MOTION for Joinder *Notice of Joinder and Joinder of Defendants William Davidow, Bruce Dunlevie and Charles Geschke to Rambus Defendants' Motion to Dismiss Consolidated Complaint and Memorandum of Points and Authorities* filed by Bruce S. Dunlevie, William Davidow, Charles Geschke. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Attachments: # 1 Affidavit Certificate of Service)(Chang, Justin) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 99 | MOTION to Dismiss *Consolidated Complaint (by Rambus Defendants) and Memorandum of Points and Authorities* filed by Kevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Attachments: # 1 Proposed Order)(Salceda, Ignacio) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 100 | Request for Judicial Notice re 99 MOTION to Dismiss *Consolidated Complaint (by Rambus Defendants) and Memorandum of Points and Authorities* MOTION to Dismiss *Consolidated Complaint (by Rambus Defendants) and Memorandum of Points and Authorities* filed byKevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. (Related document(s)99) (Salceda, Ignacio) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 101 | Declaration of Betty Chang Rowe in Support of 100 Request for Judicial Notice,, 99 MOTION to Dismiss *Consolidated Complaint (by Rambus* |

| | | |
|---|---|---|
| | | *Defendants) and Memorandum of Points and Authorities* MOTION to Dismiss *Consolidated Complaint (by Rambus Defendants) and Memorandum of Points and Authorities* filed byKevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(Related document(s)100, 99) (Salceda, Ignacio) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 102 | MOTION for Joinder *Defendant Geoff Tate's Notice of Joinder and Joinder in Defendant Rambus Inc.'s Motion to Dismiss Plaintiffs' Consolidated Complaint* filed by Geoffrey Tate. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Karpman, Alexander) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 103 | CERTIFICATE OF SERVICE by Geoffrey Tate re 102 MOTION for Joinder *Defendant Geoff Tate's Notice of Joinder and Joinder in Defendant Rambus Inc.'s Motion to Dismiss Plaintiffs' Consolidated Complaint Certificate of Service* (Karpman, Alexander) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 104 | EXHIBITS re 101 Declaration in Support,, *(Note: Exhibit J is main document)* filed byKevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. (Attachments: # 1 Exhibit K# 2 Exhibit L# 3 Exhibit M# 4 Exhibit N# 5 Exhibit O# 6 Exhibit P# 7 Exhibit Q# 8 Exhibit R)(Related document(s) 101) (Salceda, Ignacio) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 105 | MOTION for Joinder *Defendant David Mooring's Joinder in Rambus Defendants' Motion to Dismiss Consolidated Complaint* filed by David Mooring. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Gagliardi, Donald) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 106 | EXHIBITS re 101 Declaration in Support,, *(Note: Exhibit S is main document)* filed byKevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. (Attachments: # 1 Exhibit T# 2 Exhibit U# 3 Exhibit V# 4 Exhibit W# 5 Exhibit X# 6 Exhibit Y# 7 Exhibit Z# 8 Exhibit AA# 9 Exhibit BB) (Related document(s)101) (Salceda, Ignacio) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 107 | CERTIFICATE OF SERVICE by Kevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald re 106 Exhibits, 104 Exhibits, 100 Request for Judicial Notice,, 99 MOTION to Dismiss *Consolidated Complaint (by Rambus Defendants) and Memorandum of Points and Authorities* MOTION to Dismiss *Consolidated Complaint (by Rambus Defendants) and* |

| | | |
|---|---|---|
| | | *Memorandum of Points and Authorities*, 101 Declaration in Support,, (Salceda, Ignacio) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 108 | MOTION to Dismiss *Defendant Edward Larsen's Notice of Motion and Motion to Dismiss Consolidated Complaint and Joinder in the Rambus Defendants' Motion to Dismiss Consolidated Complaint* filed by Edward H. Larsen. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Kaufhold, Steve) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 109 | MOTION to Dismiss *Consolidated Complaint* filed by John Danforth. Motion Hearing set for 9/7/2007 09:00 AM. (Attachments: # 1 Proposed Order)(Rains, Darryl) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 110 | Declaration of Stephanie L. Zeller in Support of 109 MOTION to Dismiss *Consolidated Complaint* filed byJohn Danforth. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Related document(s)109) (Rains, Darryl) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 111 | CERTIFICATE OF SERVICE by John Danforth re 110 Declaration in Support, 109 MOTION to Dismiss *Consolidated Complaint* (Rains, Darryl) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 112 | CERTIFICATE OF SERVICE by David Mooring re 105 MOTION for Joinder *Defendant David Mooring's Joinder in Rambus Defendants' Motion to Dismiss Consolidated Complaint* (Gagliardi, Donald) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 113 | MOTION to Dismiss *Plaintiffs' Consolidated Complaint; Memorandum of Points and Authorities* filed by Pricewaterhousecoopers, LLP. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Zimmerman, Jill) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 114 | Declaration of M. Elizabeth Parr in Support of 113 MOTION to Dismiss *Plaintiffs' Consolidated Complaint; Memorandum of Points and Authorities* filed byPricewaterhousecoopers, LLP. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Related document(s)113) (Zimmerman, Jill) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 115 | Request for Judicial Notice re 113 MOTION to Dismiss *Plaintiffs' Consolidated Complaint; Memorandum of Points and Authorities* filed byPricewaterhousecoopers, LLP. (Related document(s)113) (Zimmerman, Jill) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 116 | Proposed Order re 113 MOTION to Dismiss *Plaintiffs' Consolidated Complaint; Memorandum of Points and Authorities* by Pricewaterhousecoopers, LLP. (Zimmerman, Jill) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 117 | CERTIFICATE OF SERVICE by Pricewaterhousecoopers, LLP re 115 Request for Judicial Notice, 114 Declaration in Support, 113 MOTION to |

| | | |
|---|---|---|
| | | Dismiss *Plaintiffs' Consolidated Complaint; Memorandum of Points and Authorities*, 116 Proposed Order (Zimmerman, Jill) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 118 | MOTION to Dismiss *Plaintiffs' Consolidated Complaint and Memorandum of Points and Authorities in Support Thereof and Joinder* filed by Robert Eulau. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Pomerantz, Jay) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 119 | CERTIFICATE OF SERVICE by Robert Eulau re 118 MOTION to Dismiss *Plaintiffs' Consolidated Complaint and Memorandum of Points and Authorities in Support Thereof and Joinder* (Pomerantz, Jay) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/13/2007 | 120 | CERTIFICATE OF SERVICE by James M Kelley, Douglas B. Kelley re [91] MOTION for Judicial Notice (gm, COURT STAFF) (Filed on 8/13/2007) . (Entered: 08/13/2007) |
| 08/13/2007 | 121 | CERTIFICATE OF SERVICE by James M Kelley, Douglas B. Kelley re [90] Amended Complaint,, (gm, COURT STAFF) (Filed on 8/13/2007) (Entered: 08/13/2007) |
| 08/22/2007 | 122 | Certificate of Interested Entities by Jonathan R. Bass *BY WILSON SONSINI GOODRICH & ROSATI* (Bass, Jonathan) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/24/2007 | 123 | CASE MANAGEMENT STATEMENT *SUBMITTED BY DEFENDANTS* filed by Kevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Salceda, Ignacio) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/24/2007 | 124 | INITIAL CASE MANAGEMENT STATEMENT filed by James M Kelley, Douglas B. Kelley. (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 125 | Reply Memorandum re 113 MOTION to Dismiss *Plaintiffs' Consolidated Complaint; Memorandum of Points and Authorities* filed byJames M Kelley, Douglas B. Kelley. (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 126 | CERTIFICATE OF SERVICE by James M Kelley, Douglas B. Kelley re [125] Reply Memorandum (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 127 | Reply Memorandum re 99 MOTION to Dismiss *Consolidated Complaint (by Rambus Defendants) and Memorandum of Points and Authorities* MOTION to Dismiss *Consolidated Complaint (by Rambus Defendants) and Memorandum of Points and Authorities* filed byJames M Kelley, Douglas B. Kelley. (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| | | |

| 08/24/2007 | 128 | CERTIFICATE OF SERVICE by James M Kelley, Douglas B. Kelley re [127] Reply Memorandum, (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 129 | Reply Memorandum re 93 MOTION to Dismiss *Consolidated Complaint* filed byJames M Kelley, Douglas B. Kelley. (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 130 | CERTIFICATE OF SERVICE by James M Kelley, Douglas B. Kelley re [127] Reply Memorandum, [129] Reply Memorandum (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 131 | Reply Memorandum re 108 MOTION to Dismiss *Defendant Edward Larsen's Notice of Motion and Motion to Dismiss Consolidated Complaint and Joinder in the Rambus Defendants' Motion to Dismiss Consolidated Complaint* filed byJames M Kelley, Douglas B. Kelley. (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 132 | CERTIFICATE OF SERVICE by James M Kelley, Douglas B. Kelley re [131] Reply Memorandum, [127] Reply Memorandum, (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 133 | Reply Memorandum re 109 MOTION to Dismiss *Consolidated Complaint* filed byJames M Kelley, Douglas B. Kelley. (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 134 | CERTIFICATE OF SERVICE by James M Kelley, Douglas B. Kelley re [133] Reply Memorandum (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 135 | Reply Memorandum re 118 MOTION to Dismiss *Plaintiffs' Consolidated Complaint and Memorandum of Points and Authorities in Support Thereof and Joinder* filed byJames M Kelley, Douglas B. Kelley. (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/24/2007 | 136 | CERTIFICATE OF SERVICE by James M Kelley, Douglas B. Kelley re [127] Reply Memorandum, [135] Reply Memorandum (gm, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/27/2007) |
| 08/28/2007 | 137 | STIPULATION AND ORDER re 92 Extending Page Limits of Rambus Defendants' Brief in Support of Their Motion to Dismiss Plaintiffs' Consolidated Complaint and of Plaintiffs' Brief in Response to Rambus Defendants' Motion to Dismiss. Signed by Judge Jeremy Fogel on 8/27/07. (dlm, COURT STAFF) (Filed on 8/28/2007) (Entered: 08/28/2007) |
| 08/28/2007 | 138 | Certificate of Interested Entities by Donald P. Gagliardi (Attachments: # 1 Certificate of Service)(Gagliardi, Donald) (Filed on 8/28/2007) (Entered: 08/28/2007) |
| 08/31/2007 | 139 | Reply Memorandum *in Support of Motion to Dismiss Consolidated Complaint* filed byKevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald. |

| | | |
|---|---|---|
| | | (Salceda, Ignacio) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 140 | CERTIFICATE OF SERVICE by Kevin Kennedy, Michael Schroeder, Sharon Holt, Kevin Donnnelly, Laura Stark, Rambus, Inc., Harold Hughes, Samir Patel, Subodh Toprani, Mark Horowitz, Paul Michael Farmwald (Salceda, Ignacio) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 141 | Reply Memorandum *in Support of Motion to Dismiss Consolidated Complaint* filed byWilson Sonsini Goodrich Rosati, LLP. (Bass, Jonathan) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 142 | CERTIFICATE OF SERVICE by Wilson Sonsini Goodrich Rosati, LLP re 141 Reply Memorandum (Bass, Jonathan) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 143 | Reply Memorandum *Reply in Support of Defendant Edward Larsen's Motion to Dismiss Consolidated Complaint* filed byEdward H. Larsen. (Kaufhold, Steve) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 144 | MOTION for Joinder *Defendant Geoff Tate's Notice Of Joinder And Joinder In Rambus Defendants' Reply Memorandum In Support Of Motion To Dismiss Consolidated Complaint* filed by Geoffrey Tate. Motion Hearing set for 9/7/2007 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Karpman, Alexander) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 145 | CERTIFICATE OF SERVICE by Geoffrey Tate re 144 MOTION for Joinder *Defendant Geoff Tate's Notice Of Joinder And Joinder In Rambus Defendants' Reply Memorandum In Support Of Motion To Dismiss Consolidated Complaint Certificate Of Service* (Karpman, Alexander) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 146 | Reply to Opposition *John Danforth's Reply Brief in Support of Motion to Dismiss Consolidated Complaint* filed byJohn Danforth. (Rains, Darryl) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 147 | Declaration of Stephanie L. Zeller in Support of 146 Reply to Opposition *John Danforth's Reply Brief in Support of Motion to Dismiss Consolidated Complaint* filed byJohn Danforth. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Related document(s)146) (Rains, Darryl) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 148 | CERTIFICATE OF SERVICE by John Danforth re 146 Reply to Opposition, 147 Declaration in Support, (Rains, Darryl) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 149 | Reply Memorandum *in Support of Motion to Dismiss* filed byRobert Eulau. (Muck, Susan) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 150 | CERTIFICATE OF SERVICE by Robert Eulau (Muck, Susan) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 151 | Reply Memorandum *ISO Mtn. to Dismiss Consolidated Complaint* filed byPricewaterhousecoopers, LLP. (Zimmerman, Jill) (Filed on 8/31/2007) |

|  |  | (Entered: 08/31/2007) |
|---|---|---|
| 08/31/2007 | 152 | CERTIFICATE OF SERVICE by Pricewaterhousecoopers, LLP re 151 Reply Memorandum *ISO Mtn. to Dismiss Consolidated Complaint* (Zimmerman, Jill) (Filed on 8/31/2007) (Entered: 08/31/2007) |

| PACER Service Center | | | | |
|---|---|---|---|---|
| **Transaction Receipt** | | | | |
| 09/05/2007 06:24:13 | | | | |
| **PACER Login:** | dp0007 | **Client Code:** | 98000-500 | |
| **Description:** | Docket Report | **Search Criteria:** | 5:07-cv-01238-JF | |
| **Billable Pages:** | 14 | **Cost:** | 1.12 | |