UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBERT FRANCL, Derivatively on Behalf of RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, <br><br> Defendant, <br><br> -and- <br><br> RAMBUS INC., a Delaware Corporation. <br><br> Nominal Defendant. | No. 07civ-7650 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss:
COUNTY OF NEW YORK     )

Matthew C. McManus, being duly sworn, deposes and says:

1. Im am not a party in this action, am over 18 years of age and am employed by Murray, Frank & Sailer, L.L.P., 275 Madison Avenue, New York, NY 10016.

2. On the 29th day of August, 2007, I Personally served a true copy of the Summons and Complaint upon Shelley Alleyne, an employee of the office of the general counsel at PriceWaterhouseCoopers; 300 Madison Avenue, New York, NY 10017.

GREGORY LINKH
Notary Public, State of New York
No. 02LI6135245
Qualified in Kings County
Commission Expires Oct. 17, 2009

Matthew C. McManus

Sworn to before me the
29th day of August, 2007