UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

HERBERT FRANCL, Derivatively on
Behalf of RAMBUS, INC.,

          Plaintiff,

v.

PRICEWATERHOUSECOOPERS LLP,

          Defendant,

   -and-

RAMBUS, Inc., a Delaware Corporation,

          Nominal Defendant.

------------------------------------x

: CASE NO. 07-CIV-7650 (GBD)



## STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' VERIFIED DERIVATIVE COMPLAINT

The parties to the above-captioned action have agreed that defendants PricewaterhouseCoopers LLP and Rambus, Inc. shall have until October 2, 2007 to answer or otherwise respond to Plaintiffs' Verified Derivative Complaint, filed August 27, 2007.

DATED: September 17, 2007        DAVIS POLK & WARDWELL

By: /s/ M. Elizabeth Parr
M. Elizabeth Parr (MP 1979)
James H.R. Windels (JW 9726)
Brooke Grossman (BG 4749)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Defendant
PricewaterhouseCoopers, LLP

DATED: September 17, 2007        WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation

By: /s/ Gideon A. Schor
Gideon A. Schor, Esq.
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
(212) 999-5800

Ignacio E. Salceda, Esq.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Attorneys for Defendant
Rambus, Inc.

2

DATED: September 18, 2007

MURRAY, FRANK & SAILER LLP

By: _____
Brian Murray (BM 9954)
275 Madison Ave., 8th Floor
New York, NY 10016
(212) 682-1818

EMERSON POYNTER
John G. Emerson, Jr.
Scott Poynter
Christopher D. Jennings
The Museum Center
500 President Clinton Ave.
Ste. 305
Little Rock, AR 72201
(501) 907-2555

Attorneys for Plaintiff

SO ORDERED.

Dated: September 04, 2007

_____
Hon. George B. Daniels
United States District Judge

**HON. GEORGE B. DANIELS**

3