**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

HERBERT FRANCL,                            :

                 Plaintiffs,          :          07-cv-7650 (GBD)

                               :

     -against-                       :

                               :

RAMBUS, INC., et al.,                :

               Defendants,       :

------------------------------------------------------------x

## MOTION TO ADMIT CHRISTOPHER DURAN JENNINGS *PRO HAC VICE*

Plaintiff Herbert Francl hereby moves the Court for the entry of an Order admitting

Christopher Duran Jennings *pro hac vice* for the purposes of representing Plaintiff in this

matter.

Attached in support of this motion are an Affidavit of Brian P. Murray, a Declaration of

Christopher Duran Jennings, and a Certificate of Good Standing from The Supreme Court of

the State of Arkansas.

Dated: October 5, 2007                      **MURRAY, FRANK & SAILER LLP**

By: _____
                     Brian P. Murray (BM 9954)
275 Madison Avenue
New York, New York 10016
Tel: 212/682-1818
Fax: 212/682-1892

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

HERBERT FRANCL,                                    :

                Plaintiffs,             :        07-cv-7650 (GBD)

                                            :

   -against-                                       :

                                              :

RAMBUS, INC., et al.,                             :

                Defendants,             :

-------------------------------------------------------------------x

## AFFIDAVIT OF BRIAN P. MURRAY

COUNTY OF NEW YORK )
                          ) ss.:
STATE OF NEW YORK    )

       BRIAN P. MURRAY, being duly sworn, deposes and says:

       1. I am an attorney duly licensed to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am a member in good standing of each for the above-mentioned Courts.

       2. I am a partner of the law firm of Murray, Frank & Sailer LLP, counsel for Plaintiffs in this action. I move this Court for the admission of Christopher Duran Jennings, of the law firm of Emerson Poynter LLP, *pro hac vice*, and in support thereof state:

       3. Christopher Duran Jennings is an associate of the law firm of Emerson Poynter LLP, 500 President Clinton Avenue, Suite 305, Little Rock, Arkansas 72201; telephone (501) 907-2555; and fax (501) 907-2556.

       4. He is a member of the Arkansas Bar and was admitted to practice in Arkansas in 2006 (see attached Certificate of Good Standing). His Arkansas Bar Number is 2006306. He is also currently in good standing and eligible to practice in the United States District Courts for the Eastern

and Western Districts of Arkansas.

     5.  He is not currently suspended or disbarred in any court.

     6.  He does not reside in the Southern District of New York, is not regularly employed

in this District, and does not regularly engage in the practice of law in this District.

     7.  He has obtained and is familiar with the Local Rules of this Court.

     8.  Attached to this Affidavit is a Declaration of Mr. Jennings and a proposed Order

submitted for the Court's approval.

_____
Brian P. Murray

Sworn to before me

October
~~September~~ 2, 2007

_____
Notary Public

BRADLEY F. DYER
Notary Public, State of New York
No. 02DY6135328
Qualified in New York County
Commission Expires Oct 17 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
HERBERT FRANCL,                                      :
                          Plaintiffs,               :     07-cv-7650 (GBD)
                                                    :
      -against-                                      :
                                                    :
RAMBUS, INC., et al.,                                :
                          Defendants,               :
-------------------------------------------------------------x

### DECLARATION OF CHRISTOPHER DURAN JENNINGS
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Christopher Duran Jennings, declare as follows:

1    My full name is Christopher Duran Jennings.

2.    I am an associate of the law firm of Emerson Poynter LLP, 500 President Clinton

Avenue, Suite 305, Little Rock, Arkansas 72201; telephone (501) 907-2555; and fax (501) 907-

2556.

3.    I am admitted to practice in all courts of the state of Arkansas and the United

States District Courts for the Eastern and Western Districts of Arkansas.

4.    I certify that I am in good standing in all of the referenced courts and that I am not

currently suspended or disbarred in any court.  Attached is a Certificate of Good Standing for

The Supreme Court of the State of Arkansas.

5.    I do not live in the Southern District of New York, am not regularly employed

in this District, and do not regularly engage in the practice of law in this District.

6.    I am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 21st day of September 2007.

Christopher Duran Jennings

*Supreme Court*
# State of Arkansas
*Little Rock*

# CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Leslie W. Steen, Clerk of the Supreme Court of Arkansas, do hereby certify that Christopher Duran Jennings was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on October 2, 2006; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this 6th day of September, 2007.

LESLIE W. STEEN
(CLERK SUPREME COURT OF ARKANSAS)

By _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I served the foregoing **MOTION TO ADMIT CHRISTOPHER DURAN JENNINGS** *PRO HAC VICE* on the following counsel of record by first class United States mail:

**James H.R. Windels**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Brooke Ashley Grossman**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Brian D. Brooks