UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HERBERT FRANCL,           :
            Plaintiffs,   :   07-cv-7650 (GBD)
                                        :
  -against-         :
                                        :
RAMBUS, INC., et al.,     :
            Defendants,   :
------------------------------------------------------------x

### MOTION TO ADMIT JOHN G. EMERSON *PRO HAC VICE*

Plaintiff Herbert Francl hereby moves the Court for the entry of an Order admitting John G. Emerson *pro hac vice* for the purposes of representing Plaintiff in this matter.

Attached in support of this motion are an Affidavit of Brian P. Murray, a Declaration of John G. Emerson, and a Certificate of Good Standing from The Supreme Court of the State of Washington.

Dated: October 5, 2007

MURRAY, FRANK & SAILER LLP

By: _____
      Brian P. Murray (BM 9954)
275 Madison Avenue
New York, New York 10016
Tel: 212/682-1818
Fax: 212/682-1892

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HERBERT FRANCL,                              :
                Plaintiffs,        :        07-cv-7650 (GBD)
                                       :
   -against-                              :
                                       :
RAMBUS, INC., et al.,                        :
                Defendants,        :
------------------------------------------------------------x

**AFFIDAVIT OF BRIAN P. MURRAY**

COUNTY OF NEW YORK )
                         ) ss.:
STATE OF NEW YORK   )

    BRIAN P. MURRAY, being duly sworn, deposes and says:

    1. I am an attorney duly licensed to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am a member in good standing of each for the above-mentioned Courts.

    2. I am a partner of the law firm of Murray, Frank & Sailer LLP, counsel for Plaintiffs in this action. I move this Court for the admission of John G. Emerson, of the law firm of Emerson Poynter LLP, *pro hac vice*, and in support thereof state:

    3. John G. Emerson is a member of the law firm of Emerson Poynter LLP, 500 President Clinton Avenue, Suite 305, Little Rock, Arkansas 72201; telephone (501) 907-2555; and fax (501) 907-2556.

    4. He is a member of the Texas Bar and was admitted to practice in Texas in 1980 (see attached Certificate of Good Standing). His Texas Bar Number is 06602600. He is also a member of the Washington Bar and was admitted to practice in Washington in 2001. His

Washington Bar Number is 30956. He is also currently in good standing and eligible to practice in the United States District Courts for the Southern, Eastern, Western, and Northern Districts of Texas, the United States District Court for the Western District of Washington, the United States Court of Appeals for the 5th Circuit, and the Supreme Court of the United States.

    5. He is not currently suspended or disbarred in any court.

    6. He does not reside in the Southern District of New York, is not regularly employed in this District, and does not regularly engage in the practice of law in this District.

    7. He has obtained and is familiar with the Local Rules of this Court.

    8. Attached to this Affidavit is a Declaration of Mr. Emerson and a proposed Order submitted for the Court's approval.

_____
Brian P. Murray

Sworn to before me
~~September~~ October 2, 2007

_____
Notary Public

BRADLEY P. DYER
Notary Public, State of New York
No. 02DY6135328
Qualified in New York County
Commission Expires Oct. 17, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HERBERT FRANCL,                                  :
                Plaintiffs,          :    07-cv-7650 (GBD)
                                                 :
   -against-                                    :
                                                 :
RAMBUS, INC., et al.,                            :
                Defendants,          :
------------------------------------------------------------x

## DECLARATION OF JOHN G. EMERSON
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, John G. Emerson, declare as follows:

1     My full name is John G. Emerson.

2.    I am a partner with the law firm of Emerson Poynter LLP, 500 President Clinton Avenue, Suite 305, Little Rock, Arkansas 72201; telephone (501) 907-2555; and fax (501) 907-2556.

3.    I am admitted to practice in all courts of the states of Texas and Washington, the United States District Courts for the Southern, Eastern, Western, and Northern Districts of Texas, the United States District Court for the Western District of Washington, the United States Court of Appeals for the 5th Circuit, and the Supreme Court of the United States.

4.    I certify that I am in good standing in all of the referenced courts and that I am not currently suspended or disbarred in any court. Attached is a Certificate of Good Standing for The Supreme Court of the State of Texas.

5.    I do not live in the Southern District of New York, am not regularly employed in this District, and do not regularly engage in the practice of law in this District.

6.     I am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 26th day of September 2007.

_____
John G. Emerson

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**JOHN G. EMERSON JR.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 26th day of May, 1980.

I further certify that the records of this office show that, as of this date

**JOHN G. EMERSON JR.**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 24th day of September, 2007.

BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 4080B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I served the foregoing **MOTION TO ADMIT JOHN G. EMERSON *PRO HAC VICE*** on the following counsel of record by first class United States mail:

**James H.R. Windels**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Brooke Ashley Grossman**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*[signature]*
Brian D. Brooks