UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HERBERT FRANCL,

               Plaintiffs,    :    07-cv-7650 (GBD)

   -against-

RAMBUS, INC., et al.,

               Defendants,

------------------------------------------------------------x

### [PROPOSED] ORDER

WHEREAS the Court has considered Plaintiff's Motion seeking admission *pro hac vice* for John G. Emerson, and good cause appearing therefore;

It is hereby ORDERED that Plaintiff's Motion is GRANTED.

John G. Emerson is admitted *pro hac vice* for the purposes of representing Plaintiff in this action.

Dated:

                                   _/s/ George B. Daniels_
                                   George B. Daniels
                                   United States District Judge