UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HERBERT FRANCL,

                Plaintiffs,              07-cv-7650 (GBD)

   -against-

RAMBUS, INC., et al.,

                Defendants,
------------------------------------------------------------x

### [PROPOSED] ORDER

WHEREAS the Court has considered Plaintiff's Motion seeking admission *pro hac vice* for Christopher Duran Jennings, and good cause appearing therefore;

It is hereby ORDERED that Plaintiff's Motion is GRANTED.

Christopher Duran Jennings is admitted *pro hac vice* for the purposes of representing Plaintiff in this action.

Dated:

                                                /s/ George B. Daniels
                                               George B. Daniels
                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 15 2007