UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 9 2007

-----------------------------------------------------------x
HERBERT FRANCL,

       Plaintiffs,  :  07-cv-7650 (GBD)

 -against-

RAMBUS, INC., et al.,

       Defendants,
-----------------------------------------------------------x

## [~~PROPOSED~~] ORDER

WHEREAS the Court has considered Plaintiff's Motion seeking admission *pro hac vice* for John G. Emerson, and good cause appearing therefore;

It is hereby ORDERED that Plaintiff's Motion is GRANTED.

John G. Emerson is admitted *pro hac vice* for the purposes of representing Plaintiff in this action.

Dated: OCT 1 9 2007

_____
George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS