USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 19 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBERT FRANCL, Derivatively on Behalf of RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, <br><br> Defendant, <br><br> -and- <br><br> RAMBUS INC., a Delaware Corporation. <br><br> Nominal Defendant. | No. 07 Civ. 7650 (GBD) |

## STIPULATION

Plaintiff Herbert Francl, Defendant PriceWaterhouseCoopers LLP ("PwC") and Nominal Defendant Rambus, Inc. have stipulated that:

1) Plaintiffs' memorandum of law in opposition to Defendants' Motion to Transfer, originally due to be filed on Tuesday, October 16, 2007, shall now be due on Tuesday, October 23, 2007.

2) Defendants' reply brief in further support of their Motion to Transfer, originally due to be filed on Tuesday, October 23, 2007, shall now be due on Tuesday, October 30, 2007.

3) All other deadlines shall remain intact.

4) This Stipulation may be executed by facsimile.

Case 1:07-cv-07650-GBD    Document 17    Filed 10/19/2007    Page 2 of 2

Dated: October 16, 2007

| | |
|---|---|
| /s/ Brian P. Murray<br>Brian P. Murray<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Ave., 8th floor<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (2120 682-1892<br><br>**Counsel for Plaintiff Herbert Francl** | /s/ James H.R. Windels<br>James H.R. Windels<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212)-450-4000<br>Facsimile: (212)-450-3691<br><br>**Attorneys for Defendant<br>PriceWaterhouseCoopers LLP** |
| | /s/ Gideon Schor (GS)<br>Gideon Schor<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 999-5800<br><br>**Attorneys for Nominal Defendant Rambus, Inc.** |

SO ORDERED

OCT 19 2007

/s/ George B. Daniels
U.S.D.J.

**HON. GEORGE B. DANIELS**

2