UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x

HERBERT FRANCL, Derivatively on
Behalf of RAMBUS INC.,

           Plaintiff,

           v.

PRICEWATERHOUSECOOPERS LLP,

           Defendant,

      -and-

RAMBUS INC., a Delaware Corporation,

           Nominal Defendant.

------------------------------- x

CASE NO. 07-CIV-7650 (GBD)
<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                                 : ss
COUNTY OF NEW YORK  )

        Brooke A. Grossman, being duly sworn, deposes and says:

        I am an attorney licensed to practice law in the State of New York and an attorney at the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and on October 30, 2007, I served the foregoing Reply Memorandum of Law of PricewaterhouseCoopers LLP in Support of its Motion to Transfer the Action; Reply Declaration of Daniel Zwarn and Reply Declaration of Brooke Grossman, upon Murray, Frank & Sailer, LLP and Emerson Poynter, attorneys for Plaintiff Herbert Francl, by enclosing a true copy of the Reply Memorandum of Law of PricewaterhouseCoopers

LLP in Support of its Motion to Transfer the Action; Reply Declaration of Daniel Zwarn and Reply Declaration of Brooke Grossman in a post-paid, properly addressed wrapper and placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                          Brooke A. Grossman

Sworn to before me this
6th day of November, 2007.

Notary Public

DUANE C. GRANT
NOTARY PUBLIC, State of New York
No. 01GR6050375
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires November 6, 20_10_