USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 4 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HERBERT FRANCL,

                Plaintiffs,  :    07-cv-7650 (GBD)

-against-

RAMBUS, INC., et al.,

                Defendants,

------------------------------------------------------------x

## [PROPOSED] ORDER

WHEREAS the Court has considered Plaintiff's Motion seeking admission *pro hac vice* for Scott E. Poynter, and good cause appearing therefore;

It is hereby ORDERED that Plaintiff's Motion is GRANTED.

Scott E. Poynter is admitted *pro hac vice* for the purposes of representing Plaintiff in this action.

Dated:

                                            _____
                                            George B. Daniels
                                            United States District Judge