UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HERBERT FRANCL,                                :
                Plaintiffs,        :       07-cv-7650 (GBD)
                                          :
   -against-                             :
                                          :
RAMBUS, INC., et al.,                          :
                Defendants,        :
------------------------------------------------------------x

**MOTION TO ADMIT SCOTT E. POYNTER *PRO HAC VICE***

Plaintiff Herbert Francl hereby moves the Court for the entry of an Order admitting Scott E. Poynter *pro hac vice* for the purposes of representing Plaintiff in this matter.

Attached in support of this motion are an Affidavit of Brian P. Murray, a Declaration of Scott E. Poynter, and a Certificate of Good Standing from The Supreme Court of the State of Arkansas.

Dated: November 9, 2007          MURRAY, FRANK & SAILER LLP

                                            By: _____
                                                  Brian P. Murray (BM 9954)
                                        275 Madison Avenue
                                        New York, New York 10016
                                        Tel: 212/682-1818
                                        Fax: 212/682-1892

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
HERBERT FRANCL,                       :
                    Plaintiffs,       :   07-cv-7650 (GBD)
                                      :
     -against-                        :
                                      :
RAMBUS, INC., et al.,                 :
                    Defendants,       :
-----------------------------------------------------------x
```

### [PROPOSED] ORDER

WHEREAS the Court has considered Plaintiff's Motion seeking admission *pro hac vice* for Scott E. Poynter, and good cause appearing therefore;

It is hereby ORDERED that Plaintiff's Motion is GRANTED.

Scott E. Poynter is admitted *pro hac vice* for the purposes of representing Plaintiff in this action.

Dated:

                                                                George B. Daniels
                                            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
HERBERT FRANCL,                               :
               Plaintiffs,             :       07-cv-7650 (GBD)
                                              :
   -against-                                 :
                                              :
RAMBUS, INC., et al.,                         :
               Defendants,             :
---------------------------------------------------------------x

## AFFIDAVIT OF BRIAN P. MURRAY

COUNTY OF NEW YORK )
                       ) ss.:
STATE OF NEW YORK    )

      BRIAN P. MURRAY, being duly sworn, deposes and says:

      1. I am an attorney duly licensed to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am a member in good standing of each for the above-mentioned Courts.

      2. I am a partner of the law firm of Murray, Frank & Sailer LLP, counsel for Plaintiffs in this action. I move this Court for the admission of Scott E. Poynter, of the law firm of Emerson Poynter LLP, *pro hac vice*, and in support thereof state:

      3. Scott E. Poynter is a member of the law firm of Emerson Poynter LLP, 500 President Clinton Avenue, Suite 305, Little Rock, Arkansas 72201; telephone (501) 907-2555; and fax (501) 907-2556.

      4. He is a member of the Arkansas Bar and was admitted to practice in Arkansas in 1990 (see attached Certificate of Good Standing). His Arkansas Bar Number is 90077. He is also currently in good standing and eligible to practice in the United States District Courts for the Eastern

and Western Districts of Arkansas, and the United States Court of Appeals for the Armed Forces.

5. He is not currently suspended or disbarred in any court.

6. He does not reside in the Southern District of New York, is not regularly employed in this District, and does not regularly engage in the practice of law in this District.

7. He has obtained and is familiar with the Local Rules of this Court.

8. Attached to this Affidavit are a Declaration of Mr. Poynter and a proposed Order submitted for the Court's approval.

_____
Brian P. Murray

LAWRENCE D. McCABE
Notary Public, State of New York
No. 02MC6135246
Qualified in New York County
Commission Expires Oct. 17, 20__

Sworn to before me

November 9, 2007

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
HERBERT FRANCL,                             :
            Plaintiffs,       :   07-cv-7650 (GBD)
                             :
   -against-                               :
                              :
RAMBUS, INC., et al.,                       :
           Defendants,       :
-----------------------------------------------------------------x

### DECLARATION OF SCOTT E. POYNTER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Scott E. Poynter, declare as follows:

1     My full name is Scott E. Poynter.

2.    I am a partner with the law firm of Emerson Poynter LLP, 500 President Clinton Avenue, Suite 305, Little Rock, Arkansas 72201; telephone (501) 907-2555; and fax (501) 907-2556.

3.    I am admitted to practice in all courts of the state of Arkansas, the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Court of Appeals for the Armed Forces.

4.    I certify that I am in good standing in all of the referenced courts and that I am not currently suspended or disbarred in any court. Attached is a Certificate of Good Standing for The Supreme Court of the State of Arkansas.

5.    I do not live in the Southern District of New York, am not regularly employed in this District, and do not regularly engage in the practice of law in this District.

6. I am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this __8th__ day of November 2007.

_____
Scott E. Poynter

*Supreme Court*
## State of Arkansas
*Little Rock*

# CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

    I, Leslie W. Steen, Clerk of the Supreme Court of Arkansas, do hereby certify that Scott E. Poynter was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on April 16, 1990; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

                                      In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this 17th day of October, 2007.

LESLIE W. STEEN
(CLERK SUPREME COURT OF ARKANSAS)

By  *Carole Collins*
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I served the foregoing **MOTION TO ADMIT SCOTT E. POYNTER *PRO HAC VICE*** on the following counsel of record by first class United States mail:

**James H.R. Windels**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Brooke Ashley Grossman**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

_____
Brian D. Brooks